UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                 )
FRANK SALVUCCI, SR., and         )
FRANK SALVUCCI, JR.,             )
      Plaintiffs                 )
                                 )  CIVIL ACTION
      v.                         )  NO. 04-12351-REK
                                 )
WATERTOWN POLICE DEPARTMENT,     )
EDWARD DEVEAU, Individually and  )
  as Chief of Police,            )
OFFICER KEITH PARENT,            )
OFFICER ORLANDO RODRIGUEZ,       )
SERGEANT JOSEPH DEIGNAN,         )
SERGEANT WILLIAM LOGUE,          )
SERGEANT HOISETH,                )
OFFICER LEITNER, and             )
OFFICER DONOHUE,                 )
  and as to Each Individually,   )
      Defendants                 )
_____)
```

Memorandum and Order
December 2, 2004

As a resident and taxpayer of the Town of Watertown, I find that I must recuse myself from adjudicating this case because of potential interest.

The Clerk is directed to draw the case to another judge of this court under customary procedures.

_____/s/Robert E. Keeton____

Robert E. Keeton
Senior United States District Judge