**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil No.  04-12352

Title:  Frank Salvucci, Sr., et al.   v.   Watertown Police Dept., et al.

**N O T I C E**

Please take notice that this case previously assigned to Judge **Keeton** has been reassigned to Judge **Wolf** for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials **MLW**.

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Karen Folan
       Deputy Clerk

Date: 12/7/04

(Notice of LR40.1 Reassign.wpd - 3/15/02)                                    [ntccsasgn.]