AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FRANK SALVUCCI, SR.
FRANK SALVUCCI, JR.
V.
WATERTOWN POLICE DEPARTMENT, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12351 REK

TO: (Name and address of Defendant) WATERTOWN POLICE DEPARTMENT, EDWARD DEVEAU AS CHIEF OF POLICE, OFFICER KEITH PARENT, OFFICER ORLANDO RODRIQUEZ, SERGEANT JOSEPH DEIGNAN, SERGEANT WILLIAM LOGUE, SERGEANT HOISETH, OFFICER LEITNER, OFFICER DONOHUE AND AS TO EACH INDIVIDUALLY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THEODORE H. GOGUEN, JR., ESQ.
GOGUEN, McLAUGHLIN, RICHARDS & MAHANEY, LLP
2 PLEASANT STREET
S. NATICK, MA 01760

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE 11-5-04

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

November 29, 2004

I hereby certify and return that on 11/23/2004 at 11:10AM I served a true and attested copy of the SUMMONS, COMPLAINT & JURY CLAIM, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to JAMES LOPRETE, agent, person in charge at the time of service for WATERTOWN POLICE DEPARTMENT, EDWARD DEVEAU, AS CHIEF OF POLICE, OFFICER KEITH PARENT, OFFICER ORLANDO RODRIGUEZ, , SGT JOSEPH DEIGNAN, SGT WILLIAM LOGUE, SERGANT HOISETH, OFFICER LEITNER, OFFICER DONOHUE AND AS TO EACH INDIVIDUALLY AT WATERTOWN, MA. Attest ($5.00), Attest ($5.00), Attest ($5.00), Attest ($5.00), Attest ($5.00), Attest ($5.00), Attest ($5.00), Attest ($5.00), Basic Service Fee ($30.00), Basic Service Fee ($30.00), Basic Service Fee ($30.00), Basic Service Fee ($30.00), Basic Service Fee ($30.00), Basic Service Fee ($30.00), Basic Service Fee ($30.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Conveyance ($1.20), Office Expense ($24.00) Total Charges $341.20

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.