UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-12351 RCK MLW

FRANK SALVUCCI, SR, and
FRANK SALVUCCI, JR.
    Plaintiffs,

v.

TOWN OF WATERTOWN, EDWARD DEVEAU,
Individually and as Chief of Police, OFFICER KEITH
PARENT, OFFICER ORLANDO RODRIGUEZ,
SGT. JOSEPH DEIGNAN, SGT. WILLIAM
LOGUE, SGT. HOISETH, OFFICER LETTNER
and OFFICER DONAHUE.
    Defendants.

## NOTICE OF APPEARANCE

I, Douglas I. Louison, do hereby enter my appearance on behalf of the defendants, Town of Watertown, Chief Edward Deveau, Officer Keith Parent, Officer Orlando Rodriguez, Sgt. Joseph Deignan, Sgt. William Logue, Sgt. Hoiseth, Officer Lettner and Officer Donahue in the captioned matter.

        Defendants, Town of Watertown, Chief
        Edward Deveau, Officer Keith Parent,
        Officer Orlando Rodriguez, Sgt. Joseph
        Deignan, Sgt. William Logue, Sgt. Hoiseth,
        Officer Lettner and Officer Donahue.
        By their Attorney,

        /s/Douglas I. Louison
        Douglas I. Louison BBO# 545191
        Regina M. Ryan BBO# 565246
        Merrick, Louison & Costello, LLP
        67 Batterymarch Street
        Boston, MA 02110
        (617) 439-0305

## CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 28th day of February, 2005, I served the foregoing electronically and by causing a copy to be mailed, postage prepaid, directed to **Theodore H. Gouguen, Jr., Esquire,** GOGUEN, MCLAUGHLIN, RICHARDS & Mahaney, LLP, 2 Pleasant Street, South Natick, MA 01760.

/s/Douglas I. Louison
Douglas I. Louison