UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-12351~~REK~~ MLW

FRANK SALVUCCI, SR, and
FRANK SALVUCCI, JR.
    Plaintiffs,

v.

TOWN OF WATERTOWN, EDWARD DEVEAU,
Individually and as Chief of Police, OFFICER KEITH
PARENT, OFFICER ORLANDO RODRIGUEZ,
SGT. JOSEPH DEIGNAN, SGT. WILLIAM
LOGUE, SGT. HOISETH, OFFICER LETTNER
and OFFICER DONAHUE.
    Defendants.

## NOTICE OF APPEARANCE

    I, Regina M. Ryan, do hereby enter my appearance on behalf of the defendants, Town of Watertown, Chief Edward Deveau, Officer Keith Parent, Officer Orlando Rodriguez, Sgt. Joseph Deignan, Sgt. William Logue, Sgt. Hoiseth, Officer Lettner and Officer Donahue in the captioned matter.

                                    Defendants, Town of Watertown, Chief
                                    Edward Deveau, Officer Keith Parent,
                                    Officer Orlando Rodriguez, Sgt. Joseph
                                    Deignan, Sgt. William Logue, Sgt. Hoiseth,
                                    Officer Lettner and Officer Donahue.
                                    By their Attorney,

                                    /s/Regina M. Ryan
                                    Douglas I. Louison BBO# 545191
                                    Regina M. Ryan BBO# 565246
                                    Merrick, Louison & Costello, LLP
                                    67 Batterymarch Street
                                    Boston, MA 02110
                                    (617) 439-0305