UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK SALVUCCI, SR. and<br>FRANK SALVUCCI, JR.,<br>    Plaintiffs,<br>v.<br><br>WATERTOWN POLICE DEPARTMENT,<br>EDWARD DEVEAU, INDIVIDUALLY<br>AND AS CHIEF OF POLICE, OFFICER<br>KEITH PARENT, OFFICER ORLANDO<br>RODRIQUEZ, SERGEANT JOSEPH<br>DEIGNAN, SERGEANT WILLIAM<br>LOGUE, SERGEANT HOISETH,<br>OFFICER LEITNER, AND OFFICER<br>DONOHUE, AND AS TO EACH<br>INDIVIDUALLY,<br>    Defendants. | CIVIL ACTION NO. 04CV12351 BEK |

## NOTICE OF WITHDRAWAL OF COUNSEL

The undersigned counsel for defendants Watertown Police Department, Chief Edward Deveau, Office Keith Parent, Officer Orlando Rodriquez, Sergeant Joseph Deignan, Sergeants William Logue, Seargeant Hoiseth, Officer Leitner, and Officer Donohue hereby gives notice of their withdrawal from this case.

    /S/ Jessica L. Mooney
David M. Thomas, BBO No. 496100
Jessica L. Mooney, BBO No. 658822
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA  02210
617-406-4500

Dated:   March 2, 2005

00900114/4800.347.

**CERTIFICATE OF SERVICE**

    I, Jessica L. Mooney, hereby certify that on this day I caused a copy of the foregoing document, to be sent by first class mail, postage prepaid to the following:

Theodore H. Goguen, Jr., Esq.
Goguen, McLaughlin, Richards & Mahoney, LLP
2 Pleasant Street
S. Natick, MA 01760

Douglas I. Louison, Esq.
Merrick Louison & Costello, LLP
67 Batterymarch
Boston, MA  02110

Dated:  March 2, 2005.                              /S/ Jessica L. Mooney
                                                    Jessica L. Mooney