UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
FRANK SALVUCCI, SR. et al,       )
     Plaintiff,                  )
                                 )
     v.                          )    C.A. No. 04-12351-MLW
                                 )
WATERTOWN POLICE DEPARTMENT et al )
     Defendants                  )
```

ORDER

WOLF, D.J.                                          April 19, 2005


The parties in this case were issued the attached Order, asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Dein, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. Neither party has responded. Thus, all parties are deemed to have consented. Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Dein for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).


                                   /s/ Mark L. Wolf
                                   UNITED STATES DISTRICT COURT




UNITED STATES DISTRICT COURT