UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK SALVUCCI, SR., et al.,   ) | |
| ) | |
| Plaintiffs,   ) | |
| v.   ) | CIVIL ACTION |
| ) | NO. 04-12351-JGD |
| TOWN OF WATERTOWN, et al.,   ) | |
| ) | |
| Defendants.   ) | |

## **SCHEDULING ORDER**

After a conference held today in accordance with Fed. R. Civ. P. 16(b), the court ORDERS the following:

1. Both parties shall complete fact discovery by **December 15, 2005**.

2. The next status conference is scheduled for **Wednesday, December 7, 2005, at 10:00 AM**. At that time, the parties shall be prepared to discuss:

    (a) the status of the case;
    (b) scheduling for the remainder of the case through trial; and
    (c) use of alternative dispute resolution ("ADR") programs.

3. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph (2) above. The parties shall just indicate if an agreement has been reached to use ADR. The respective position of each party does not have to be identified.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: May 16, 2005