UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-12351REK

FRANK SALVUCCI, SR, and
FRANK SALVUCCI, JR.
    Plaintiffs,

v.

TOWN OF WATERTOWN, EDWARD DEVEAU,
Individually and as Chief of Police, OFFICER KEITH
PARENT, OFFICER ORLANDO RODRIGUEZ,
SGT. JOSEPH DEIGNAN, SGT. WILLIAM
LOGUE, SGT. HOISETH, OFFICER LETTNER
and OFFICER DONAHUE.
    Defendants.

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Michael J. Driscoll, Town Manager, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution on behalf of the Town of Watertown.

Defendant,

_____
Michael J. Driscoll, Town Manager
Town of Watertown

Defendant, by his attorney,

_____
Douglas I. Louison (BBO# 545191)
Regina M. Gilgun (BBO# 565246)
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305