UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK SALVUCCI, SR., et al.,    )
                                )
            Plaintiffs,         )
    v.                          )        CIVIL ACTION
                                )        NO. 04-12351-JGD
TOWN OF WATERTOWN, et al.,      )
                                )
            Defendants.         )

## <u>SCHEDULING ORDER</u>

Following a scheduling conference held today pursuant to Fed. R. Civ. P. 16(a),

the court hereby ORDERS as follows:

    1.    As agreed, the parties shall comply with the following schedule:

        (a)    The parties shall complete fact depositions by **March 15, 2006**.

        (b)    The parties shall file any dispositive motions by **May 15, 2006**.

    2.    The next status conference is scheduled for **Wednesday, March 8, 2006**

**at 3:00 p.m.**  At that time, the parties shall be prepared to discuss:

        (a)    the status of the case;
        (b)    scheduling for the remainder of the case through trial; and
        (c)    use of alternative dispute resolution ("ADR") programs.

    3.    The parties shall submit a brief joint statement no later than five (5)

business days before the conference addressing the issues itemized in paragraph 2 above.

The parties shall indicate if an agreement has been reached regarding the use of ADR, but

the respective position of each party does not need to be identified.

_____/ s / Judith Gail Dein_____
Judith Gail Dein
United States Magistrate Judge

Dated:  December 7, 2005