UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK SALVUCCI, SR., et al.,   ) | |
| ) | |
|     Plaintiffs,   ) | |
| v.   ) | CIVIL ACTION |
| ) | NO. 04-12351-JGD |
| TOWN OF WATERTOWN, et al.,   ) | |
| ) | |
|     Defendants.   ) | |

## SCHEDULING ORDER

Following a scheduling conference held today pursuant to Fed. R. Civ. P. 16(a), the court hereby ORDERS as follows:

1. The parties shall comply with the following schedule:

    (a) The parties shall complete all fact discovery by **April 7, 2006**.

    (b) The parties shall file any dispositive motions by **May 15, 2006**.

2. This case will be referred to mediation in April 2006 pursuant to the court's alternative dispute resolution program.

        / s / Judith Gail Dein
        Judith Gail Dein
        United States Magistrate Judge

DATED: March 8, 2006