**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

CA NO. 04-12351REK

**FRANK SALVUCCI, SR, and
FRANK SALVUCCI, JR.**
    Plaintiffs,

v.

**TOWN OF WATERTOWN POLICE DEPARTMENT,
EDWARD DEVEAU, Individually and as Chief of Police,
OFFICER KEITH PARENT, OFFICER ORLANDO RODRIGUEZ,
SGT. JOSEPH DEIGNAN, SGT. WILLIAM
LOGUE, SGT. HOISETH, OFFICER LETTNER
and OFFICER DONAHUE,**
    Defendants.

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Now come the Defendants, Town of Watertown Police Department, Edward Deveau, Individually and as Chief of Police, Officer Keith Parent, Officer Orlando Rodriguez, Sergeant Joseph Deiognan, Sergeant William Logue, Sergeant Hoiseth, Officer Lettner, and Officer Donahue, and respectfully move this honorable Court to enter a summary judgment in favor of the Defendants, based on the fact that there are no genuine issues of material fact that could preclude the Defendants from being dismissed from this matter.

    For the above-stated reasons, the Defendants request that this Court dismiss all counts and claims against them.

            Defendants, Town of Watertown, Chief Edward Deveau, Officer Keith Parent, Officer Orlando Rodriguez, Sergeant Joseph Deignan, Sergeant William Logue, Sergeant Hoiseth, Officer Lettner and Officer Donahue,
            By their Attorneys,


            /s/ Regina M. Ryan
            Douglas I. Louison   BBO# 545191
            Regina M. Ryan BBO# 565246
            Merrick, Louison & Costello, LLP
            67 Batterymarch Street
            Boston, MA 02110
            (617) 439-0305


**CERTIFICATE OF SERVICE**

  I, Regina M. Ryan, hereby certify that on the 15th day of May, 2006, I served the foregoing electronically and by causing a copy to be mailed, postage prepaid, directed to Theodore H. Gouguen, Jr., Esq., Goguen, McLaughlin, Richards & Mahaney, LLP, 2 Pleasant Street, South Natick, MA 01760.

            /s/ Regina M. Ryan
            Regina M. Ryan