UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-12351REK

**FRANK SALVUCCI, SR, and**
**FRANK SALVUCCI, JR.**
    Plaintiffs,

v.

**TOWN OF WATERTOWN POLICE DEPARTMENT,**
**EDWARD DEVEAU, Individually and as Chief of Police,**
**OFFICER KEITH PARENT, OFFICER ORLANDO RODRIGUEZ,**
**SGT. JOSEPH DEIGNAN, SGT. WILLIAM**
**LOGUE, SGT. HOISETH, OFFICER LETTNER**
**and OFFICER DONAHUE,**
    Defendants.

## DEFENDANTS' L.R. 56.1 STATEMENT OF UNDISPUTED FACTS

1. Plaintiff Frank Salvucci, Jr., purchased his home at 8 Falmouth Road, Watertown, Massachusetts, on or about 1/12/01.

2. The Dumornays/Franklin family reside next to him at 43 Waltham Street.

3. The two properties share an easement on their driveway.

4. The two neighbors began to contact the Watertown police voicing allegations against each other. (See Exhibit A, Affidavit of Detective-Sergeant William Logue.)

5. As a result of the allegations, the Watertown Police Department was dispatched to the residence(s) regarding neighbor disputes. (Id.)

6. Specifically, the Salvucci family sought the assistance of the Watertown Police on or about 30 occasions. (See Exhibit A, Affidavit of Detective-Sergeant William Logue.)

7. The period of time that these dispatches occurred was from 1/01 to 1/05. (Id.)

8. The Dumornay family sought the assistance of the Watertown Police on or about 22

occasions.  (Id.)

9. The period of time that these dispatches occurred was from 1/01 to 8/04  (Id.)

10. On each of the occasions that the Watertown Police were dispatched to these residences, the officers prepared a written police report.  (Id.)

11. On June 21, 2002, the Watertown Police were dispatched to the Dumornay residence after Mr. Dumornay requested that the police come to his residence regarding conduct by Mr. Salvucci, Sr.  On this date, Defendant Officer Orlando Rodriguez arrested Frank Salvucci, Sr. for trespassing and disturbing the peace.  (Id.)

12. Defendant Officer Orlando Rodriguez and Defendant Officer Keith Parent handcuffed Mr. Salvucci, Sr. on the date of his arrest.  (Id.)

13. Mr. Salvucci was passively resistant when the officers arrested him.  (See Exhibit B, Police Report of Officer Orlando Rodrigues.)

14. The officers of the Watertown Police Department are trained that each person that they arrest must be handcuffed while being transported in a police cruiser to the police station.  (See Exhibit A,  Affidavit of Detective-Sergeant William Logue.)

15. Mr. Salvucci, Sr. was transported to the Watertown Police Department where he was booked, including fingerprinting and photographing.  (See Exhibit C, Salvucci deposition page 81.)

16. Mr. Salvucci, Sr. then was transported to the Waltham Police department, where he was arraigned for the criminal charges.  (Id.)

17. When Frank Salvucci, Sr. arrived at the Watertown police station, although it is policy that each inmate is to be handcuffed during the booking procedure, the officers removed

his handcuffs. (See Exhibit A, Affidavit of Detective-Sergeant William Logue.)

18. After the Court proceeding had concluded, Mr. Salvucci, Sr. walked home to his residence, which was approximately two miles. (See Exhibit C, Deposition of Frank Salvucci, Sr., page 85, line 13.)

19. Ultimately, Mr. Salvucci, Sr. was tried for the charges of trespassing and disturbing the peace, and he was convicted of trespassing. (Id.) He received a 30-day suspended sentence for one year, and was ordered to stay away from the Dumornays. (See Exhibit C, Deposition of Frank Salvucci, Sr., page 82.)

20. Based on the extensive number of calls to the police department by these two families, Defendant Chief Deveau ordered that two officers must respond to each call. (See Exhibit A, Affidavit of Detective-Sergeant William Logue.) In addition, Chief Deveau ordered Detective Logue to seek the assistance of the Attorney General's Office and the District Attorney's Office, based on the fact that racial allegations were being made when the Watertown Police were responding to these calls. (Id.)

21. As a result, the District Attorney's Office initiated criminal charges against Frank Salvucci, Jr. for criminal harassment and criminal civil rights violations against the Dumornays. (Id.)

22. Mr. Salvucci, Jr. was tried on these criminal charges, and was ultimately convicted of two charges of criminal civil rights violations. (Id.) He received a six-month suspended sentence, and was ordered to avoid the Dumornay family. (Id.)

23. Both Officers Parent and Rodrigues received training from the Massachusetts Criminal Justice Training Council pertaining to the proper use of handcuffs. (See Exhibit A,

Affidavit of Detective-Sergeant William Logue.)

24. All of the officers with the Watertown Police Department are required to attend annual in-service training, which consists of two forty-hour weeks of training with the Massachusetts Criminal Justice Training Council. (Id.)

25. All officers with the Watertown Police Department are required to attend training with the Massachusetts Criminal Justice Training Council before they may be certified as police officers for the Town of Watertown. (Id.)

    Defendants, Town of Watertown, Chief Edward Deveau, Officer Keith Parent, Officer Orlando Rodriguez, Sergeant Joseph Deignan, Sergeant William Logue, Sergeant Hoiseth, Officer Lettner and Officer Donahue,
By their Attorneys,

/s/ Regina M. Ryan
Douglas I. Louison   BBO# 545191
Regina M. Ryan BBO# 565246
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

**CERTIFICATE OF SERVICE**

I, Regina M. Ryan, hereby certify that on the 15th day of May, 2006, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Theodore H. Gouguen, Jr., Esq., Goguen, McLaughlin, Richards & Mahaney, LLP, 2 Pleasant Street, South Natick, MA 01760.

               <u>/s/ Regina M. Ryan     </u>
               Regina M. Ryan