

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-12351REK

FRANK SALVUCCI, SR, and
FRANK SALVUCCI, JR.
    Plaintiffs,

v.

TOWN OF WATERTOWN POLICE DEPARTMENT,
EDWARD DEVEAU, Individually and as Chief of Police,
OFFICER KEITH PARENT, OFFICER ORLANDO RODRIGUEZ,
SGT. JOSEPH DEIGNAN, SGT. WILLIAM
LOGUE, SGT. HOISETH, OFFICER LETTNER
and OFFICER DONAHUE,
    Defendants.

## AFFIDAVIT OF WILLIAM LOGUE

1. I, William Logue, am a Detective-Sergeant with the Watertown Police department.

2. I have been employed by the Watertown Police Department for twenty-seven (27) years.

3. The Salvucci family sought the assistance of the Watertown Police on approximately thirty (30) occasions.

4. The period of time that these dispatches occurred was from 1/01 to 1/05.

5. The Dumornay family sought the assistance of the Watertown Police on approximately twenty-two (22) occasions.

6. The period of time that these dispatches occurred was from 1/01 to 1/05.

7. On each of the occasions that the Watertown Police were dispatched to these residences, the officers prepared a written police report.

8. On June 21, 2002, the Watertown Police were dispatched to the Dumornay residence after Mr. Dumornay requested that the police come to his residence regarding conduct by Mr. Salvucci, Sr. On this date, Defendant Officer Orlando Rodriguez arrested Frank Salvucci, Sr. for trespassing and disturbing the peace.

9. Mr. Salvucci, Sr. was transported to the Watertown Police Department where he was booked, including fingerprinting and photographing. The booking video reflects that initially, Mr. Salvucci, Sr. suggested that his shoulder hurt; however, when asked if he suffered any injuries during the course of the arrest, Mr. Salvucci responded in the negative.

10. The officers of the Watertown Police Department are trained and required by Department policy that the arrestee must be handcuffed while being transported in a police cruiser to the police station.

11. Defendant Officer Orlando Rodriguez and Defendant Officer Keith Parent handcuffed Mr. Salvucci, Sr. on the date of his arrest.

12. Both officers have received training through the Massachusetts Criminal Justice Training Council and/or Municipal Police Training Committee pertaining to the proper use of handcuffs.

13. All of the officers with the Watertown Police Department are required to attend forty (40) hours of training. This training to include first responder, criminal law update and firearms training as required by the Massachusetts Criminal Justice Training Council and/or Municipal Police Training Committee.

14. All officers with the Watertown Police Department are required to attend recruit training certified by the Massachusetts Criminal Justice Training Council and/or Municipal Police Training Committee before they may be sworn in as police officers for the Town of Watertown.

15. Based on the extensive number of calls to the police department by these two families, Defendant Chief Deveau ordered that two officers must respond to each call.

16. In addition, Chief Deveau ordered Detective Logue to seek the assistance of the Attorney General's Office and the District Attorney's Office, based on the fact that racial allegations were being made when the Watertown Police were responding to these calls.

17. As a result, the District Attorney's Office initiated criminal charges brought against Frank Salvucci, Jr. for criminal harassment and criminal civil rights violations against the Dumornays.

05/15/2006 13:35 617-923-1066 DET WATERTOWN POLICE PAGE 04

May 15 06 11:40a McDick Douthern&cstell 617-455-0026 p.4
Case 1:04-cv-12351-JGD    Document 24-2    Filed 05/15/2006    Page 3 of 3

18. Mr. Salvucci, Jr. was tried on these criminal charges, and was ultimately convicted of two charges of criminal harassment.

Signed under the pains and penalties of perjury this 15 day of May, 2006

_William M. Logue_
Detective-Sergeant William Logue