WATERTOWN POLICE DEPARTMENT
34 CROSS ST., WATERTOWN, MA 02172
INCIDENT REPORT



EXHIBIT B

Inc: NEIGHBOR Loc: 43 WALTHAM ST
    Date: 06/21/02            Time: 080210            Incident No: 2013023
RP: FRANCIS DUMORNAY  RP Address: 43 WALTHAM ST   RP Phone: 617-393-9736

    Unit(s) Responding:      466 ( RODRIGUEZ )   467 ( PARENT )
People Involved:

    (RP)  Name: DUMORNAY, FRANCIS                                Dob: 10/17/53  Age: 48
          Address: 43 WALTHAM ST  WATERTOWN MA
          Rac/Sex: /  Hair:     Eyes:       Hgt:       Wgt:       Bld:
          SSN:                   HomePhone: 617/393-9736    WorkPhone: 617/851-0867

    (SU)  Name: SALVUCCI, FRANK ?                                Dob:       Age:
          Rac/Sex: /  Hair:     Eyes:       Hgt:       Wgt:       Bld:
          SSN:                   HomePhone:              WorkPhone:

Supplemental Report

    Case#: 2013023    Date: 06/21/2002    Time: 1044    Officer: 817 RODRIGUEZ

    Synopsis:

    On 6/21/02, units responded to 43 Waltham street to investigate a neighbor
dispute. On arrival, I observed Frank Salvucci of 34 Puritan Road standing in
the middle of Mr Dumornay's driveway. When I asked what he was doing he said
"I'm getting I'm late on my property, I have every right to be here".

    At that time, Mr Dumornay came out of his house and began to argue with Mr
Salvucci.  Mr Dumornay was visibly upset, but he was under control.
Mr Salvucci was standing at the very top of driveway directly behind Mr
Dumornay's vehicle which was parked in the garage. Due to configuration of
the driveway, Mr Dumornay could not pull out for fear of striking Mr Salvucci
while backing out and told Mr. Salvucci to leave his property. Given this fact
I advised Mr Salvucci he was trespassing and to leave.  Mr Salvucci refused
to comply with my request and insisted on arguing with me and Mr Dumornay

    Based on these facts, Mr Salvucci was advised he was under arrest.
Mr Salvucci passively resisted. He struggled slightly with his arms when we
handcuffed him.  Officer Parent and my self placed his hands behind his
back and we placed the hand cuffs on his subject was then transported to
station where he was booked and advised of his rights.

    At no time, during or after the arrest did Mr Salvucci sustain
any apparent physical or emotional injury as a result of his arrest.