EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CA No. 04CV12351 REK

ORIGINAL

------------------------------------
                                          *
FRANK SALVUCCI, SR. AND                   *
FRANK SALVUCCI, JR.                       *
     Plaintiffs                           *
                                          *
vs.                                       *
                                          *
WATERTOWN POLICE DEPT.,                   *
EDWARD DEVEAU, IND. AND AS                *
CHIEF OF POLICE, OFFICER                  *
KEITH PARENT, OFFICER ORLANDO             *
RODRIQUEZ, SERGEANT JOSEPH DEIGNAN,       *
SERGEANT WILLIAM LOGUE, SERGEANT          *
HOISETH, OFFICER LEITNER, AND             *
OFFICER DONOHUE, AND AS TO EACH           *
INDIVIDUALLY                              *
     Defendants                           *
------------------------------------


DEPOSITION OF:   FRANK SALVUCCI

GOGUEN MCLAUGHLIN RICHARDS & MAHANEY LLP

2 Pleasant Street

South Natick, MA 01760

March 17, 2006

Commenced at 10:10 a.m.



LESLIE A. D'EMILIA
Court Reporter

DUNN & GOUDREAU

```
 1        anymore, and then Deignan says that he was between
 2        the house and the lawn while all this was happening.
 3        That's another lie he says.
 4   Q.   Who did he say was between the house and the lawn?
 5   A.   Dumornay.  Because he was never out there.
 6   Q.   And what did Dumornay say?  Did he say he was
 7        outside or inside?
 8   A.   He didn't say.  I don't know what he said.  This is
 9        Deignan all statement.
10   Q.   Do you remember anyone else testifying besides
11        Rodriguez and Deignan and Dumornay?
12   A.   No, but I don't know why Parent wasn't there because
13        he was one of the arresting officers.  See, what
14        Deignan did, he took Parent's place at the trial.  I
15        even asked my lawyer, I said, "What's he doing
16        there?  He wasn't even there."
17   Q.   So you never saw Deignan at the arrest?
18   A.   No, I never saw Deignan at the arrest.  The only
19        time I saw Deignan was with me doing the booking,
20        and why he was doing the booking, I don't know
21        because he said in his report they were so busy on
22        the street.  What was he doing in there?
23   Q.   Now, who did you call as a witness on your behalf?
24   A.   Who can I call?  There was nobody there.
```

```
1    Q.   So it was just yourself?
2    A.   Just myself against them.
3    Q.   A one-day trial?
4    A.   Yeah.
5    Q.   And what did you get for a sentence?
6    A.   Well, his lawyer wanted to give me about three
7         months in the house of correction, three or six, and
8         I ended up with getting a year's probation.
9    Q.   And did you serve that year's probation?
10   A.   Well, I served about four months of it.
11   Q.   And then what happened?
12   A.   I was let go.
13   Q.   By whom?
14   A.   The one--the officer in charge of the--I have the
15        name in my head.  Do you want his name?
16   Q.   Sure.
17   A.   I think I got it here.  I can't remember everything.
18   Q.   So was it the officer in charge of probation?
19   A.   Wait a minute.  Mark Bernard.
20   Q.   Mark Bernard?
21   A.   Yeah, he was--had my case.
22   Q.   He was your probation officer?
23   A.   Right.
24   Q.   And after four months he released you?
```

| | | |
|---|---|---|
| 1 | Q. | And how did you get home? |
| 2 | A. | I tried to take a bus home. It's right across the |
| 3 | | street. So I went across the street to take the |
| 4 | | bus. I was waiting for the bus. You know how long |
| 5 | | they take to run. So what I did, I decided that |
| 6 | | I'll walk from one stop to the next stop. So I kept |
| 7 | | waiting and waiting and waiting. As I kept going, I |
| 8 | | said, "Oh, yeah, I'll try the next stop and the next |
| 9 | | stop." Then I finally find out I was near home, so |
| 10 | | I said, "Why the hell take the bus." I walked the |
| 11 | | rest of the way home. |
| 12 | Q. | And how far was it from the court? |
| 13 | A. | About two miles, if that. Maybe less than that. |
| 14 | Q. | And what did you do when you got home? |
| 15 | A. | When I got home? I went down my son's house and |
| 16 | | waited there for him because my knees were bothering |
| 17 | | me and my arm was bothering me. |
| 18 | Q. | What happened to your knees? |
| 19 | A. | They were banged on the hard top and all scraped and |
| 20 | | everything. |
| 21 | Q. | And what's the next thing you remember doing? |
| 22 | A. | Well, I waited for them to come home, him and his |
| 23 | | girlfriend because she's a doctor. So she checked |
| 24 | | my shoulder, and she examined me, and she says, |