UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK SALVUCCI, SR. AND )<br>FRANK SALVUCCI, JR. )<br>)<br>PLAINTIFFS )<br>v. )<br>)<br>WATERTOWN POLICE DEPARTMENT, )<br>EDWARD DEVEAU, INDIVIDUALLY AND )<br>AS CHIEF OF POLICE, OFFICER KEITH )<br>PARENT, OFFICER ORLANDO RODRIQUEZ)<br>SERGEANT JOSEPH DEIGNAN, SERGEANT )<br>WILLIAM LOGUE SERGEANT )<br>HOISETH, OFFICER LEITNER, and )<br>OFFICER DONOHUE, AND AS TO EACH )<br>INDIVIDUALLY )<br>)<br>DEFENDANTS ) | CIVIL ACTION<br>DOCKET NO.: 04 12351 REK |

**UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**

Now come the Plaintiffs, Frank Salvucci, Sr., and Frank Salvucci, Jr., and hereby move this Honorable Court to enlarge the time for Plaintiffs to respond Defendant's Motion for Summary Judgment to Monday, June 19, 2006.

As reasons therefore, the Plaintiffs states that additional time is needed for Plaintiffs to properly respond to Defendants' Motion for Summary Judgment due to the number and complexity of the issues presented therein.

WHEREFORE, Plaintiffs respectfully requests this Honorable Court grant the within Motion.

          Respectfully Submitted:
          The Plaintiffs,
          By Their Attorney:

          /s/ Theodore H. Goguen, Jr., Esq.

          Theodore H. Goguen, Jr., Esq.
          BBO # 196740
          GOGUEN, MCLAUGHLIN, RICHARDS & MAHANEY, LLP
          2 Pleasant Street
          S. Natick, MA 01760
          (508) 651-1000

Dated: May 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney(s) of record for each other party by mail /Hand on May 19, 2006.

/s/ Theodore H. Goguen, Jr., Esq.