UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK SALVUCCI, SR. AND<br>FRANK SALVUCCI, JR.<br><br>PLAINTIFFS<br><br>v.<br><br>WATERTOWN POLICE DEPARTMENT,<br>EDWARD DEVEAU, INDIVIDUALLY AND<br>AS CHIEF OF POLICE, OFFICER KEITH<br>PARENT, OFFICER ORLANDO RODRIQUEZ<br>SERGEANT JOSEPH DEIGNAN, SERGEANT<br>WILLIAM LOGUE SERGEANT<br>HOISETH, OFFICER LEITNER, and<br>OFFICER DONOHUE, AND AS TO EACH<br>INDIVIDUALLY<br><br>DEFENDANTS | CIVIL ACTION<br>DOCKET NO.: 04 12351 ~~REK~~ JGD |

## PLAINTIFFS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**NOW COMES THE PLAINTIFFS,** Frank Salvucci, Sr. and Frank Salvucci, Jr. and hereby opposes the Defendants' Motion For Summary Judgment pursuant to Fed.R.Civ.P. 56 and respectfully requests that it be denied in its entirety. Plaintiff contends that genuine issues of material fact exist in this case which preclude the granting of Defendants' Motion for Summary Judgment.

In support of Plaintiffs' opposition, the Plaintiff attaches and incorporates herein the Memorandum of Law in Support of Plaintiffs Opposition.

Respectfully Submitted:
Plaintiffs,
By Their Attorney:

/s/ *Theodore H. Goguen, Jr., Esq.*

Theodore H. Goguen, Jr., Esq.
BBO # 196740
GOGUEN, MCLAUGHLIN, RICHARDS,
& MAHANEY, LLP
2 Pleasant Street
S. Natick, MA 01760
(508) 651-1000

Dated: June 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the Defendants by first class mail this ____ day of June 2006.

/s/ *Theodore H. Goguen, Jr., Esq.*

Theodore H. Goguen, Jr., Esq.