UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK SALVUCCI, SR., et al.,   ) | |
| )   | |
| Plaintiffs,   ) | CIVIL ACTION |
| v.   ) | NO. 04-12351-JGD |
| )   | |
| TOWN OF WATERTOWN, et al.,   ) | |
| )   | |
| Defendants.   ) | |

**ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION**

At the request of the parties, I refer this case for the following ADR program **to be held as soon as possible (trial is scheduled to begin on March 19, 2007)**:

|   | SCREENING CONFERENCE |   | EARLY NEUTRAL EVALUATION |
|---|---|---|---|
| X | MEDIATION |   | MINI-TRIAL |
|   | SUMMARY BENCH/JURY TRIAL |   | SETTLEMENT CONFERENCE |
|   | SPECIAL MASTER | | |
|   | PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | | |

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

February 1, 2007                                     /s/ Judith Gail Dein

DATE                                                             JUDITH GAIL DEIN
                                                                 UNITED STATES MAGISTRATE JUDGE

CASE CATEGORY

| | | | | |
|---|---|---|---|---|
| Admiralty |        | | Antitrust |        |
| Civil Rights |   X    | | Contract |        |
| Copyright/Trademark/Patent |        | | Environmental |        |
| ERISA |        | | FELA |        |
| Labor Relations |        | | Medical Malpractice |        |
| Personal Injury |        | | Product Liability |        |
| Shareholder Dispute |        | | | |
| Other | | | | |