**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FRANK SALVUCCI, SR.,
        Plaintiff

      V.

WATERTOWN POLICE DEPT., et al.,
        Defendants

CIVIL ACTION

NO.   04-12351-JGD

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Dein

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On   February 23, 2007, and at other times as well   I held the following ADR proceeding:

    ___ SCREENING CONFERENCE    ___ EARLY NEUTRAL EVALUATION

    _X_ MEDIATION (and followup conferences)    ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL    ___ SETTLEMENT CONFERENCE

[X]   All parties were represented by counsel

[X]   The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[ ]   Settled.  A___ day order of dismissal has been entered.

[X]   There was progress.  The court has scheduled a telephone conference for March 6, 2007, at 1:00 p.m.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

[ ]   Other:

March 2, 2007
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, Chief Magistrate Judge