UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK SALVUCCI, SR. AND FRANK SALVUCCI, JR. ) ) ) ) | |
| PLAINTIFFS ) | |
| v. ) | |
| ) | CIVIL ACTION |
| WATERTOWN POLICE DEPARTMENT, ) EDWARD DEVEAU, INDIVIDUALLY AND ) AS CHIEF OF POLICE, OFFICER KEITH ) PARENT, OFFICER ORLANDO RODRIQUEZ ) SERGEANT JOSEPH DEIGNAN, SERGEANT ) WILLIAM LOGUE SERGEANT ) HOISETH, OFFICER LEITNER, and ) OFFICER DONOHUE, AND AS TO EACH ) INDIVIDUALLY ) ) | DOCKET NO.: 04 12351 REK |
| DEFENDANTS ) | |

## JOINT MOTION TO CONTINUE PRE-TRIAL HEARING AND TRIAL

Now come the parties to the above captioned case and hereby move this

Honorable Court to continue the Pre-Trial hearing scheduled for March 12, 2007 and the

Trial scheduled for March 19, 2007 to dates in April, thirty (30) days from March 19,

2007. As reasons therefore the parties state that:

1.    Plaintiffs' attorney is undergoing surgery Thursday, March 8, 2007 and will

      not be available for the pre-trial hearing of March 19, 2007; and,


2.    The parties have been engaged in settlement negotiations with Court

      appointed mediator Magistrate Judge Kenneth P. Neiman, which have resulted

      in an offer being made today, which offer the Plaintiff needs additional time to

      consider; and ,

1

3.    There still exists the possibility of settlement which can only be deemed

exhausted if Plaintiff has additional time to consider all options.


WHEREFORE the parties pray that this Motion be granted.

| Respectfully Submitted: | Respectfully Submitted: |
|---|---|
| Plaintiffs, | Defendants |
| By Their Attorney: | By Their Attorney: |

/s/ *Theodore H. Goguen, Jr., Esq*                    /s/ *Regina M. Ryan.*

Theodore H. Goguen, Jr., Esq.                    Regina M. Ryan, Esq.
BBO # 196740                                     MERRICK, LOUISON, COSTELLO, LLP
GOGUEN, MCLAUGHLIN, RICHARDS,                    67 Batterymarch Street
& MAHANEY, LLP                                   Boston, MA 02110
2 Pleasant Street                                (617) 439-0305
S. Natick, MA 01760
(508) 651-1000


Dated:  March 6, 2007