**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FRANK SALVUCCI, SR.
    Plaintiff

  V.          CIVIL ACTION

             NO. 04-12351-JGD

WATERTOWN POLICE DEPT., et al.,
    Defendants

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Dein

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On February 23, 2007, and on subsequent dates, I held the following ADR proceeding:

  ___ SCREENING CONFERENCE  ___ EARLY NEUTRAL EVALUATION
  _X_ MEDIATION        ___ SUMMARY BENCH / JURY TRIAL
  ___ MINI-TRIAL        _X_ FOLLOWUP CONFERENCES

[X] All parties were represented by counsel

[X] The parties were present in person, by telephone or by authorized corporate officor or representative

The case was:

[ ] Settled. A ___ day order of dismissal has been entered.

[ ] There was progress.

[X] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

[ ] Other:


March 8, 2007          /s/ Kenneth P. Neiman
DATE             ADR Provider

              KENNETH P. NEIMAN, Chief Magistrate Judge