Frank Salvucci
8 Falmouth Road
Watertown, MA 02472



04 cv 12351-JGD

March 26, 2007

Theodore Goguen Jr..
Attorney at Law
Gougen Mclaughlin Richards & Mahaney Pc
2 Pleasant St.
S. Natick, MA 01760

Dear Mr. Goguen:

This letter is intended as formal notification for termination of services effective immediately. Similar such notifications were provided to you in the past (i.e., via e-mail and voice message) but for reasons unknown to us were never acknowledged.

In addition, a similar notification was provided to the court by way of direct telephone communication several months ago but may not have been taken seriously.

We were not aware of meetings, proceedings, or decisions involving us. We were recently informed of meetings and decisions by the court through outside individuals that were courteous enough to inform us of the activity. As a result, a complete evaluation of the case is required.

Please return all case files and all original and copied evidentiary materials belonging to us.

All matters, to include written notices, concerning the Salvucci case shall be directed to the Salvucci family only at the address provided above until further notice.

Your immediate cooperation in this matter is required.

Sincerely,

Frank Salvucci                                Frank Salvucci Sr.

cc:   Chief Mag. Judge Kenneth P. Neiman, U.S. District Court of MA
      Mag. Judge Judith G. Dein, U.S. District Court of MA
      Douglas I. Louison, Merrick Louison & Costello LLP