# GOGUEN, MCLAUGHLIN, RICHARDS & MAHANEY, LLP

THEODORE H. GOGUEN, JR.
JAMES A. MCLAUGHLIN
GEORGE L. RICHARDS III
JOSEPH M. MAHANEY
RICHARD C. BILLER
J. DANIEL WOODYSHEK
ERIKA NAGY LERT
LEAH A. KAINE
CHARLES S. PAPPAS

THE HARRIET BEECHER STOWE HOUSE

2 PLEASANT STREET ◆ SOUTH NATICK ◆ MASSACHUSETTS 01760

TELEPHONE (508) 651-1000

FACSIMILE (508) 651-1128

March 28, 2007

Mag. Judge Judith G. Dien
1 Courthouse Way, Ste. 2300
Boston, MA 02110

**Re: Salvucci et al. v. Watertown Police Department**
**Case No.: 1:04-cv-12351**

Dear Judge Dein:

I have represented Frank Salvucci, Sr. and Frank Salvucci, Jr. They recently sent me a letter (March 26, 2007) with copies to you.

The Salvucci's have been repeatedly advised by me, their bankruptcy attorney and the attorney for the Trustee in Bankruptcy, that due to Mr. Salvucci, Sr.'s filing of bankruptcy the Trustee now owns the claims, including this claim against police officers in Watertown, Massachusetts. As such the Trustee, with court approval, retained my services to represent him. As a result, my client is the Trustee. Despite this, I have constantly advised the Salvucci's as to the progress of the case. They will not accept that the law dictates that I take my instructions from the Trustee after providing him with my advice.

Relative to Mr. Salvucci, Jr., my representation of him ended when the Defendant's Motion for Summary Judgment was granted as to the claims of Mr. Salvucci, Jr. Should Mr. Salvucci, Jr. desire to appeal he will now have to retain new counsel.

There has not been any post judgment matters that have involved Mr. Salvucci, Jr.

Should you have any questions whatsoever, feel free to contact me. Thank you.

Very Truly Yours,

*[signature]*

Theodore H. Goguen, Jr.
THG:lw
cc: Frank Salvucci, Jr.
    Frank Salvucci, Sr.
    Adam Ruttenberg, Esq.