UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANK SALVUCCI, SR. and <br>    FRANK SALVUCCI, JR., <br><br>    Plaintiffs, <br><br> v. <br><br> THE WATERTOWN POLICE <br>    DEPARTMENT, POLICE CHIEF <br>    EDWARD DEVEAU individually, and as <br>    Chief of Police, KEITH PARENT, <br>    ORLANDO RODRIQUEZ, JOSEPH <br>    DEIGNAN, WILLIAM LOGUE, <br>    SERGEANT HOISETH, OFFICER <br>    LEITNER, and OFFICER DONOHUE, <br><br>    Defendants. | Civil Action <br> No. 04-12351-JGD |

## MOTION TO SUBSTITUTE

Stewart F. Grossman, Chapter 7 Trustee of Frank Salvucci Sr. (the "Trustee"), hereby moves, pursuant to Fed. R. Civ. P. 25(c), to substitute as a plaintiff herein in the place and stead of Frank Salvucci Sr. (the "Debtor"). In support of this motion, the Trustee states that on September 30, 2005, the Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code, that on October 3, 2005, the Trustee was appointed as Chapter 7 trustee of the Debtor, that pursuant to 11 U.S.C. § 541 all property owned by the Debtor on September 30, 2005, including the claims asserted by the Debtor as plaintiff herein, became property of his bankruptcy estate, and that pursuant to 11 U.S.C. § 323 the Trustee is the representative of the Debtor's bankruptcy estate and has the capacity to sue and be sued.

A copy of the Trustee's certificate of appointment is attached hereto as Exhibit "A".

WHEREFORE, the Trustee respectfully requests that this Court enter an order:

1. Substituting Stewart F. Grossman, Chapter 7 Trustee of Frank Salvucci Sr. for Frank Salvucci Sr. as a plaintiff herein; and

2. Granting such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

STEWART F. GROSSMAN, CHAPTER 7
  TRUSTEE OF FRANK SALVUCCI, SR.,

By his attorney[1],


 /s/ Adam J. Ruttenberg
Adam J. Ruttenberg, BBO 553158
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

Dated: April 4, 2007

---

[1] The undersigned is the attorney for the Trustee in the Debtor's bankruptcy case only, and does not intend by filing this motion to represent the Trustee in the instant action other than with respect to the instant motion. The undersigned understands that Attorney Theodore H. Goguen, Jr. will immediately be filing a general appearance on behalf of the Trustee.

## **CERTIFICATE OF SERVICE**

I, Adam J. Ruttenberg, hereby certify my understanding that this **Motion to Substitute** filed through the ECF system will be sent electronically on April 4, 2007 to the following:

- **Theodore H. Goguen, Jr.**   tgoguen@gmrmlaw.com
- **Douglas I. Louison**   dlouison@merricklc.com usdc@merricklc.com
- **Regina M. Ryan**   rryan@merricklc.com usdc@merricklc.com


        /s/ Adam J. Ruttenberg
        Adam J. Ruttenberg