UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANK SALVUCCI, SR. and FRANK SALVUCCI, JR., ) ) ) | |
| Plaintiffs, ) | |
| v. ) | |
| THE WATERTOWN POLICE DEPARTMENT, POLICE CHIEF EDWARD DEVEAU individually, and as Chief of Police, KEITH PARENT, ORLANDO RODRIQUEZ, JOSEPH DEIGNAN, WILLIAM LOGUE, SERGEANT HOISETH, OFFICER LEITNER, and OFFICER DONOHUE, ) ) ) ) ) ) ) ) | Civil Action No. 04-12351-JGD |
| Defendants. ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Adam J. Ruttenberg, hereby certify that on April 12, 2007, a true copy of **Motion to Substitute** was served on the following by first-class mail, postage prepaid:

Frank Salvucci, Jr.
8 Falmouth Road
Watertown, MA  02472

Frank Salvucci, Sr.
29 Puritan Road
Watertown, MA  02472

Geraldine Kluska, Esq.
230 Monsignor O'Brien Highway
Cambridge, MA  02141
(bankruptcy attorney to Frank Salvucci, Sr.)

/s/ Adam J. Ruttenberg
Adam J. Ruttenberg