UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANK SALVUCCI, SR. and <br> FRANK SALVUCCI, JR., <br><br> Plaintiffs, <br><br> v. <br><br> THE WATERTOWN POLICE DEPARTMENT, POLICE CHIEF EDWARD DEVEAU individually, and as Chief of Police, KEITH PARENT, ORLANDO RODRIQUEZ, JOSEPH DEIGNAN, WILLIAM LOGUE, SERGEANT HOISETH, OFFICER LEITNER, and OFFICER DONOHUE, <br><br> Defendants. | Civil Action <br> No. 04-12351-JGD |

## NOTICE OF HEARING

Please take notice that a hearing in the above-captioned action on the **Motion to Substitute** filed by Stewart F. Grossman, Chapter 7 bankruptcy trustee of Frank Salvucci Sr. has been scheduled to take place on **Tuesday, April 24, 2007** at **3:30 p.m.** before the Honorable Judith G. Dein, Magistrate Judge, Courtroom 15, United States District Court, 1 Courthouse Way, Boston, Massachusetts.

Respectfully submitted,

STEWART F. GROSSMAN, CHAPTER 7
  TRUSTEE OF FRANK SALVUCCI, SR.,

By his attorney,


 /s/ Adam J. Ruttenberg
Adam J. Ruttenberg, BBO 553158
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

Dated:  April 13, 2007


**CERTIFICATE OF SERVICE**

I, Adam J. Ruttenberg, hereby certify that on April 13, 2007, a true copy of **Notice of Hearing** was served on the following by first-class mail, postage prepaid:

Frank Salvucci, Jr.
8 Falmouth Road
Watertown, MA  02472

Frank Salvucci, Sr.
29 Puritan Road
Watertown, MA  02472

Geraldine Kluska, Esq.
230 Monsignor O'Brien Highway
Cambridge, MA  02141
(bankruptcy attorney to Frank Salvucci, Sr.)


/s/ Adam J. Ruttenberg
Adam J. Ruttenberg