UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART F. GROSSMAN, <br> CHAPTER SEVEN TRUSTEE OF <br> FRANK SALVUCCI, SR. <br>       PLAINTIFFS <br> v. <br><br> WATERTOWN POLICE DEPARTMENT, <br> EDWARD DEVEAU, INDIVIDUALLY AND <br> AS CHIEF OF POLICE, OFFICER KEITH <br> PARENT, OFFICER ORLANDO RODRIQUEZ <br> SERGEANT JOSEPH DEIGNAN, SERGEANT <br> WILLIAM LOGUE SERGEANT <br> HOISETH, OFFICER LEITNER, and <br> OFFICER DONOHUE, AND AS TO EACH <br> INDIVIDUALLY <br><br>       DEFENDANTS | CIVIL ACTION <br> DOCKET NO.: 04 12351 REK |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney of record for the Plaintiff, Stewart F. Grossman, Chapter Seven Trustee of Frank Salvucci, Sr., in the above-entitled action.

Respectfully submitted,

/s/ *Theodore H. Goguen, Jr.*

Theodore H. Goguen, Jr., Esq.
BBO #: 196740
Goguen, McLaughlin, Richards
& Mahaney, LLP
2 Pleasant Street
So. Natick, MA   01760
(508) 651-1000

Date: May 16, 2007