UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK SALVUCCI, SR. AND <br> FRANK SALVUCCI, JR. <br><br> PLAINTIFFS <br> v. <br><br> WATERTOWN POLICE DEPARTMENT, <br> EDWARD DEVEAU, INDIVIDUALLY AND <br> AS CHIEF OF POLICE, OFFICER KEITH <br> PARENT, OFFICER ORLANDO RODRIQUEZ <br> SERGEANT JOSEPH DEIGNAN, SERGEANT <br> WILLIAM LOGUE SERGEANT <br> HOISETH, OFFICER LEITNER, and <br> OFFICER DONOHUE, AND AS TO EACH <br> INDIVIDUALLY <br><br> DEFENDANTS | CIVIL ACTION <br> DOCKET NO.: 04 12351 REK |

### ASSENTED TO MOTION TO CONTINUE TRIAL

Now comes the plaintiff, Stuart F. Grossman, and states that their principal witness Frank Salvucci, Sr. has suffered a stroke and will be unable to testify at the proposed trial scheduled for October 15, 2007.

As a result the plaintiff requests a continuance of the trial for ninety (90) days from October 15, 2007to permit Frank Salvucci, Sr. time to recover.

| | |
|---|---|
| Respectfully Submitted:<br>The Plaintiff,<br>By Their Attorney:<br><br>/s/ *Theodore H. Goguen, Jr.*<br><br>_____<br>Theodore H. Goguen, Jr., Esq.<br>GOGUEN, MCLAUGHLIN, RICHARDS<br>& MAHANEY, LLP<br>2 Pleasant Street<br>S. Natick, MA 01760<br>(508) 651-1000<br>BBO # 196740<br><br>Dated: September 26, 2007 | Assented to by:<br>The Defendants,<br>By Their Attorney:<br><br>/s/ *Regina M. Ryan*<br><br>_____<br>Regina M. Ryan, Esq.<br>MERRICK, LOUISON & COSTELLO, LLP<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |