# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK SALVUCCI, SR. AND<br>FRANK SALVUCCI, JR.<br><br>**PLAINTIFFS**<br>v.<br><br>WATERTOWN POLICE DEPARTMENT,<br>EDWARD DEVEAU, INDIVIDUALLY AND<br>AS CHIEF OF POLICE, OFFICER KEITH<br>PARENT, OFFICER ORLANDO RODRIQUEZ<br>SERGEANT JOSEPH DEIGNAN, SERGEANT<br>WILLIAM LOGUE SERGEANT<br>HOISETH, OFFICER LEITNER, and<br>OFFICER DONOHUE, AND AS TO EACH<br>INDIVIDUALLY<br><br>**DEFENDANTS** | CIVIL ACTION<br>DOCKET NO.: 04 12351 REK |

## NOTICE OF WITHDRAWAL

Please enter my Withdrawal of appearance as attorney of record for the Plaintiff Stuart Grossman, Trustee in Bankruptcy for Frank Salvucci, Sr., in the above-entitled action.

Respectfully submitted,

/s/ *Theodore H. Goguen, Jr.*

Theodore H. Goguen, Jr., Esq.
BBO 196740
Goguen, McLaughlin, Richards & Mahaney, LLP
2 Pleasant Street
So. Natick, MA   01760
(508) 651-1000

Date: November 27, 2007.