UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
STEWART F. GROSSMAN, CHAPTER 7    )
TRUSTEE OF FRANK SALVUCCI. SR.     )
       Plaintiff                              )
                                            )
v.                                         )    CIVIL ACTION
                                            )    NO. 04-12351-JGD
WATERTOWN POLICE DEPARTMENT,  )
et al                                        )
       Defendants,                       )
_____)

## NOTICE OF APPEARANCE

       Subject to approval of the United States Bankruptcy Court, please enter my appearance, with Attorney Gregory A. Connly, on behalf of the Plaintiff, Stewart F. Grossman, Chapter 7 Trustee of Frank Salvucci, Sr., in the above-captioned matter.

                                                              The Plaintiff,
                                                              By his Attorneys,

                                                              */s/ Jeffrey M. Sankey*_____
                                                              Jeffrey M. Sankey, BBO #551062
                                                              DOLAN CONNLY, P.C.
                                                              50 Redfield Street, Suite 202
                                                              Boston, MA 02122
                                                              (617) 265-3100
                                                              jsankey@dolanconnly.com

                                                              Certificate of Service

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 14, 2007.

                                                              */s/ Jeffrey M. Sankey*_____