UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                  )
STEWART F. GROSSMAN, CHAPTER 7  )
TRUSTEE OF FRANK SALVUCCI. SR.    )
      Plaintiff                                )
                                                  )
v.                                              )      CIVIL ACTION
                                                  )      NO. 04-12351-JGD
WATERTOWN POLICE DEPARTMENT,  )
et al                                               )
      Defendants,                        )
_____)

**NOTICE OF APPEARANCE**

       Having been approval by the United States Bankruptcy Court as counsel for the Plaintiff, Stewart F. Grossman, Chapter 7 Trustee of Frank Salvucci, Sr., please enter my unrestricted appearance in the above-captioned matter.

                                                       The Plaintiff,
                                                       By his Attorneys,

                                                       */s/ Jeffrey M. Sankey*_____
                                                       Jeffrey M. Sankey, BBO #551062
                                                       DOLAN CONNLY, P.C.
                                                       50 Redfield Street, Suite 202
                                                       Boston, MA 02122
                                                       (617) 265-3100
                                                       jsankey@dolanconnly.com

                                                       Certificate of Service

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 8, 2008.

                                                        */s/ Jeffrey M. Sankey*_____