UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-12351REK

**FRANK SALVUCCI, SR, and**
**FRANK SALVUCCI, JR.**
    **Plaintiffs,**

v.

**TOWN OF WATERTOWN POLICE DEPARTMENT,**
**EDWARD DEVEAU, Individually and as Chief of Police,**
**OFFICER KEITH PARENT, OFFICER ORLANDO RODRIGUEZ,**
**SGT. JOSEPH DEIGNAN, SGT. WILLIAM**
**LOGUE, SGT. HOISETH, OFFICER LETTNER**
**and OFFICER DONAHUE,**
    **Defendants.**

**DEFENDANTS', RODRUGUEZ AND PARENT, ET AL.**
**REQUEST FOR JURY VOIR DIRE**

1. Is there anyone on the jury who would be influenced by the fact that the defendants are police officers?

2. Is there anyone on the jury who feels he/she cannot sit as an impartial juror because the case involves the actions of police officers?

3. Does anyone on the jury believe that they or members of their family or their friends or acquaintances have been unreasonably treated by police officers?

4. Has anyone on the jury or members of their family or their friends or acquaintances been arrested before?

5. Is there any member of the jury panel who is or has been a police officer, or worked in a police department, or whose relative or friend is or has been a police officer or worked in a police department?

6. Is there any member of the jury panel, their family or their friends or acquaintances that

has brought a lawsuit against a police officer, a municipality, a municipal board or an agency?

7. Is there any member of the jury panel who resides in the City of Watertown?

                                        Defendants, Keith Parent and Orlando Rodriguez,
                                        By their Attorneys,

/s/ Regina M. Ryan
Douglas I. Louison   BBO# 545191
Regina M. Ryan BBO# 565246
Louison, Costello, Condon & Pfaff, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

**CERTIFICATE OF SERVICE**

I, Regina M. Ryan, hereby certify that on the 27th day of March, 2008, I served the foregoing electronically and by causing a copy to be mailed, postage prepaid, directed to: Jeffrey Sankey, Esq., Dolan Connly, P.C., 50 Redfield Street, Suite 202, Boston, MA 02122.

/s/ Regina M. Ryan
Regina M. Ryan