UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-12351REK

**FRANK SALVUCCI, SR, and**
**FRANK SALVUCCI, JR.**
    **Plaintiffs,**

v.

**TOWN OF WATERTOWN POLICE DEPARTMENT,**
**EDWARD DEVEAU, Individually and as Chief of Police,**
**OFFICER KEITH PARENT, OFFICER ORLANDO RODRIGUEZ,**
**SGT. JOSEPH DEIGNAN, SGT. WILLIAM**
**LOGUE, SGT. HOISETH, OFFICER LETTNER**
**and OFFICER DONAHUE,**
    **Defendants.**

### DEFENDANTS' RODRIGUEZ AND PARENT JURY VERDICT FORM

1. Has the plaintiff, Mr. Frank Salvucci, Sr. proven by a preponderance of the evidence that the defendant Keith Parent used excessive force in violation of his rights as protected by the Fourth Amendment of the United States Constitution?

   Yes   _____    No   _____

2. Has the plaintiff, Mr. Frank Salvucci, Sr. proven by a preponderance of the evidence that the defendant Keith Parent used excessive force in violation of his rights as protected by the Fourth Amendment of the United States Constitution?

   Yes   _____    No   _____

   If you answered no to questions 1 and 2, please sign the jury verdict form and return it to the court officer at this time.

   If you answered yes to questions 1 and/or 2, please proceed to question no. 3.

3. If your answer to questions 1 and/or 2 are in the affirmative and you find that the plaintiff was injured and that the defendant(s) proxiimately caused the injury, what compensatory damages, if any, do you award to the plaintiff?

   $_____ (indicate dollar amount, if any).

If you answered "yes" to questions #1 or #2 do you find that the plaintiff, is entitled to an award of punitive damages or exemplary damages as against the defendants if you find the police officer's conduct to have been motivated by evil motive or intent, or that it involved reckless or callous indifference to the rights of the plaintiff ?

Answer:

Orlando Rodriguez_____ (yes or no)

Keith Parent_____ (yes or no)

4. If the answer to question # 5 is in the affirmative, what is the amount of punitive damages you award to the plaintiff?

Answer: $_____(indicate dollar amount)

_____
Foreperson of the Jury

Date: _____

                Defendants, Keith Parent and Orlando Rodriguez,
                By their Attorneys,

                /s/ Regina M. Ryan
                Douglas I. Louison   BBO# 545191
                Regina M. Ryan BBO# 565246
                Louison, Costello, Condon & Pfaff, LLP
                67 Batterymarch Street
                Boston, MA 02110
                (617) 439-0305

**CERTIFICATE OF SERVICE**

      I, Regina M. Ryan, hereby certify that on the 27th day of March, 2008, I served the foregoing electronically and by causing a copy to be mailed, postage prepaid, directed to: Jeffrey Sankey, Esq., Dolan Connly, P.C., 50 Redfield Street, Suite 202, Boston, MA 02122.

                                                        /s/ Regina M. Ryan
                                                        Regina M. Ryan