UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
STEWART F. GROSSMAN, CHAPTER 7    )
TRUSTEE OF FRANK SALVUCCI. SR.     )
      Plaintiff                          )
                                           )
v.                                           )         CIVIL ACTION
                                           )         NO. 04-12351-JGD
WATERTOWN POLICE DEPARTMENT,  )
et al                                         )
      Defendants,                  )
_____)

## JOINT PRETRIAL MEMORANDUM

     Pursuant to Local Rule 16.5(D), the parties submit the information:

     (a)     Summary of the Evidence:

            (1)     Plaintiff:

     On June 21, 2002, the then-81 year old Plaintiff, Frank Salvucci, Sr., was doing yard work at his son's property located at 8 Falmouth Road in Watertown, Massachusetts. While the Plaintiff was walking in the backyard of the property, he was approached by a neighbor, Francis Dumornay, who yelled at the Plaintiff to get off "his" property. There had been a history of disputes between Dumornay and the Plaintiff's son regarding the boundary and use of the property, and there had been numerous calls to the Watertown Police Department to respond to incidents arising from the disputes. The Plaintiff informed Dumornay that he was not on Dumornay's property and continued about his business. Dumornay returned to his house.

     Shortly thereafter, the Plaintiff was approached by Officers Rodriguez and Parent of the Watertown Police Department. One of the officers stated to the Plaintiff that he was trespassing on Dumornay's property and instructed him to leave. The Plaintiff responded that the property was owned by his son and that he was there to do yard work. The officer again told the Plaintiff to leave. As the Plaintiff stepped away, he was grabbed by the two officers and he was told that he was under arrest. The officers threw the Plaintiff to the ground with unnecessary force and violence, twisting his arms behind his back. The Plaintiff did not offer any resistance to the officers that necessitated the use of any force. The Plaintiff was handcuffed and transported to the Watertown Police Station. The Plaintiff suffered a torn rotator cuff to his shoulder and injuries to his back, knees and elbow as a result of the excessive force used by the officers during the arrest.

(2) <u>Defendant</u>:

Mr. Frank Salvucci, Sr. was at his son, Frank Salvucci, Jr.'s home at 8 Falmouth Road in Watertown, MA. The Salvuccis had been in a dispute with their neighbors the Dumornays for a lengthy period of time.

Mr. Dumornay had contacted the police because he was attempting to remove his motor vehicle from the garage but Mr. Salvucci stood in the driveway to prevent Mr. Dumornay from backing his vehicle out of the driveway.

The officers responded and repeatedly asked Mr. Salvucci to move from the property and he continuously protested that he was on his son's property. Ultimately, the officers had Mr. Dumornay request that Mr. Salvucci move but he again refused. At that point, the officers handcuffed Mr. Salvucci and charged him with criminal trespassing. The officers used the minimal amount of force necessary to effectuate the arrest.

Mr. Frank Salvucci, Sr. was transported to the Watertown police station and booked and then transported to the Waltham District Court. Mr. Salvucci was convicted of trespassing after a jury trial.

(b) <u>Statement of Facts Established by the Pleadings</u>:

The parties stipulate that the Defendant officers were engaged in state action. No other facts have been agreed upon or stipulated.

(c) <u>Contested Issues of Fact</u>:

All facts relating to the circumstances surrounding the arrest are contested.

(d) <u>Jurisdictional Questions</u>:   None

(e) <u>Pending Motions</u>:   None.

(f) <u>Issues of Law</u>:

    (1) Whether the defendants are entitled to qualified immunity;

    (2) Whether the defendants' use of force was reasonable under the circumstances.

(g) <u>Requested Amendments to the Pleadings</u>:  The Plaintiff requests only that the party designated as the Plaintiff in this matter be referred to before the jury as "Frank Salvucci, Sr." and not as "Stewart Grossman, Chapter 7 Trustee."

(h) <u>Additional Matters</u>:   None

  (i) <u>Probable Length of Trial</u>: 2 days

  (j) <u>Witnesses</u>:

    (1) Plaintiff:

      (i) Frank Salvucci, Sr.

      (ii) Dr. Richard Bail, Harvard Vanguard Medical Associates, 485 Arsenal Street, Watertown, MA 02472

      (iii) Keith Parent, Watertown Police Department

      (iv) Orlando Rodriguez, Watertown Police Department

      (v) Joseph Deignan, Watertown Police Department

      (vi) Edward Deveau, Watertown Police Department

    (2) The Defendant incorporates the Plaintiff's Exhibit List, and also may call the following witness:

      (i) Tina Soares - Waltham District Court

  (k) <u>Joint List of Exhibits</u>

    1. Photographs of property at 8 Falmouth Road, Watertown

    2. Watertown Police recordings of booking

    3. Photographs of Plaintiff's alleged injuries

    4. Certified medical records from Harvard Vanguard

    5. Certified medical bills

  (l) <u>List of Exhibits to be Offered at Trial</u>

    A. Police report and EMT report of Mr. Salvucci refusing medical attention.

  (m) <u>Parties' Position on Remaining Objections</u>: N/A.

| | |
|---|---|
| The Plaintiff,<br>By his Attorneys,<br><br>*/s/ Jeffrey M. Sankey*_____<br>Jeffrey M. Sankey, BBO #551062<br>DOLAN CONNLY, P.C.<br>50 Redfield Street, Suite 202<br>Boston, MA 02122<br>(617) 265-3100<br>jsankey@dolanconnly.com | The Defendants,<br>By their Attorneys,<br><br>*/s/ Regina M. Ryan*_____<br>Regina M. Ryan, BBO #565246<br>Louison, Costello, Condon & Pfaff, LLP<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 31, 2008.

                                        */s/ Jeffrey M. Sankey*_____