UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-12351REK

**FRANK SALVUCCI, SR, and**
**FRANK SALVUCCI, JR.**
      Plaintiffs,

v.

**TOWN OF WATERTOWN POLICE DEPARTMENT,**
**EDWARD DEVEAU, Individually and as Chief of Police,**
**OFFICER KEITH PARENT, OFFICER ORLANDO RODRIGUEZ,**
**SGT. JOSEPH DEIGNAN, SGT. WILLIAM**
**LOGUE, SGT. HOISETH, OFFICER LETTNER**
**and OFFICER DONAHUE,**
      Defendants.

## DEFENDANTS' SUPPLEMENTAL JURY INSTRUCTIONS

Douglas I. Louison BBO# 545191
Regina M. Ryan BBO# 565246
Louison, Costello, Condon & Pfaff, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## **SUPPLEMENTAL JURY INSTRUCTION NO. 1**

      Courts require that they be made aware of a prexisting injury and there be some objective manifestation of the pre-existing injury to support an excessive force claim when handcuffing. *Guite 147 F.3d at 750.* In both Eason and Aceto as cited in plaintiff's jury instructions, the arrestee made the officer aware of a preexisting medical condition. In this case, Mr. Salvucci never asserts that he has a preexisting condition.

**SUPPLEMENTAL JURY INSTRUCTION NO. 2**

  In an arrest for failure to disperse, pushing suspect to ground and kneeling on back not excessive force notwithstanding suspect having informed officer of her pre-existing back and shoulder injuries. <u>Minor v. City of Chesterfield</u>, MO Slip Copy, 2007 WL 1610507 E.D.Mo.,2007. June 01, 2007