UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-12351REK

**FRANK SALVUCCI, SR, and
FRANK SALVUCCI, JR.**
    Plaintiffs,

v.

**TOWN OF WATERTOWN, EDWARD DEVEAU,
Individually and as Chief of Police, OFFICER KEITH
PARENT, OFFICER ORLANDO RODRIGUEZ,
SGT. JOSEPH DEIGNAN, SGT. WILLIAM
LOGUE, SGT. HOISETH, OFFICER LETTNER
and OFFICER DONAHUE.**
    Defendants.

## DEFENDANTS' SUPPLEMENTAL PRE- TRIAL MEMORANDUM

The Defendants submit this Supplemental Pre Trial Memorandum to identify one additional witness that they intend to call at the time of trial. The defendants intend to call Francis Dumornay as a witness for the defense. Mr. Dumornay was identified as a witness in the Defendants' Automatic Discovery Disclosure.

    The defendant/third party plaintiffs,
    Defendants,
    By their attorneys,

    /s/*Regina M. Ryan*
    _____
    Douglas I. Louison BBO# 545191
    Regina M. Ryan BBO# 565246
    Merrick, Louison & Costello, LLP
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

## **CERTIFICATE OF SERVICE**

      I, Regina M. Ryan, hereby certify that on the 9th day of April, 2008, I served the foregoing by causing a copy to be directed electronically to Jeffrey Sankey, Esq., Dolan Connly, P.C., 50 Redfield Street, Suite 202, Boston, MA 02122.

                                                                  /s/*Regina M. Ryan*

                                                                  Regina M. Ryan

P:\Massamont Insurance\Salvucci\Supplemental PTM.wpd