UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-12351REK

**FRANK SALVUCCI, SR, and**
**FRANK SALVUCCI, JR.**
    Plaintiffs,

v.

**TOWN OF WATERTOWN POLICE DEPARTMENT,**
**EDWARD DEVEAU, Individually and as Chief of Police,**
**OFFICER KEITH PARENT, OFFICER ORLANDO RODRIGUEZ,**
**SGT. JOSEPH DEIGNAN, SGT. WILLIAM**
**LOGUE, SGT. HOISETH, OFFICER LETTNER**
**and OFFICER DONAHUE,**
    Defendants.

### DEFENDANTS'
### MOTION IN LIMINE TO PRECLUDE RELEASE
### OF ANY PERSONAL INFORMATION
### RELATING TO THE WITNESS FRANCIS DUMORNAY

    The defendants in the captioned action request that this Court preclude the plaintiff from making inquiry of the witness Francis Dumornay regarding his personal information including his residential address and place of employment.

    As grounds therefore, the plaintiff Frank Salvucci, Sr. and Mr. Dumornay had a lengthy history of disputes.  Mr. Dumornay was the neighbor of Frank Salvucci, Jr. who was ultimately convicted of civil rights violations against Mr. Dumornay's children.  Subsequent to Mr. Salvucci, Sr.'s arrest, Mr. Dumornay sold his home in Watertown and moved to an undisclosed location.

    Mr. Dumornay has been subpoenaed by the defendants to appear as a witness in this matter as he was a witness to the arrest of Mr. Salvucci, Sr.  Mr. Dumornay has requested that his personal information be concealed from the plaintiff in this case due to the history of civil rights

violations.

For the above-stated reasons, the defendants request that this Court preclude the plaintiff from making inquiry of the witness, Mr. Francis Dumornay of any personal information including his residential address and place of employment.

                                        Defendants, Keith Parent and Orlando Rodriguez,
By their Attorneys,

/s/ Regina M. Ryan
Douglas I. Louison   BBO# 545191
Regina M. Ryan BBO# 565246
Louison, Costello, Condon & Pfaff, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 10th day of April, 2008, I served the foregoing electronically and by causing a copy to be electronically directed to: Jeffrey Sankey, Esq., Dolan Connly, P.C., 50 Redfield Street, Suite 202, Boston, MA 02122.

/s/ Regina M. Ryan
Regina M. Ryan