UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK SALVUCCI, SR.,            )
                                )
        Plaintiff,              )
                                )
    v.                          )   CIVIL ACTION
                                )   NO. 04-12351-JGD
KEITH PARENT and                )
ORLANDO RODRIGUEZ,              )
                                )
        Defendants.             )

# JURY VERDICT FORM

April 16, 2008

A. **Claims for Constitutional Violations Under Section 1983**

**Keith Parent**

1. Did plaintiff Frank Salvucci, Sr. prove by a preponderance of the evidence that defendant Keith Parent used excessive force in violation of his rights under the Fourth Amendment to the United States Constitution?

    YES____          NO ✓

    *If you answered "yes" to question 1, go to question 2. If you answered "no" to question 1, go to question 3.*

2. Did plaintiff Frank Salvucci, Sr. prove by a preponderance of the evidence that Keith Parent's use of unreasonable force was a proximate cause of his injuries?

    YES____          NO____

    *Go to question 3.*

### **Orlando Rodriguez**

3. Did plaintiff Frank Salvucci, Sr. prove by a preponderance of the evidence that defendant Orlando Rodriguez used excessive force in violation of his rights under the Fourth Amendment to the United States Constitution?

   YES___          NO_✓_

   *If you answered "yes" to question 3, go to question 4.*

   *If you answered "no" to question 3 but you answered "yes" to question 1, go to question 5.*

   *If you answered "no" to questions 1 and 3, you have reached a verdict. Please sign and date this Jury Verdict Form and advise the court officer that you have reached a verdict.*

4. Did plaintiff Frank Salvucci, Sr. prove by a preponderance of the evidence that Orlando Rodriguez's use of unreasonable force was a proximate cause of his injuries?

   YES___          NO___

   *Go to question 5.*

B. **Damages for Constitutional Violations**

   **Compensatory Damages**

   *Answer question 5 only if you answered "yes" to question 2 or 4. Otherwise, go to question 6.*

5. State the amount of compensatory damages, if any, that you award to Frank Salvucci, Sr. to fully and fairly compensate him for his harm and injuries arising from the use of excessive force against him on June 21, 2002.

   $_____
   Amount in numbers

_____
Amount in words

*Go to question 6.*

### Punitive Damages – Keith Parent

*Answer question 6 only if you answered "yes" to question 1. If you answered "no" to question 1, go to question 8.*

6. Do you find that Keith Parent's conduct toward Frank Salvucci, Sr. was malicious, wanton or oppressive?

    YES____          NO____

*If you answered "yes" to question 6, go to question 7. Otherwise, go to question 8.*

7. State the amount of punitive damages, if any, that you award to Frank Salvucci, Sr. against Keith Parent.

    $_____
    Amount in numbers

    _____
    Amount in words

*Go to question 8.*

3

## Punitive Damages – Orlando Rodriguez

*Answer question 8 only if you answered "yes" to question 3. If you answered "no" to question 3, you have reached a verdict. Please sign and date this Jury Verdict Form and advise the court officer that you have reached a verdict.*

8. Do you find that Orlando Rodriguez's conduct toward Mr. Salvucci was malicious, wanton or oppressive?

    YES____        NO____

*If you answered "yes" to question 8, go to question 9. Otherwise, you have reached a verdict. Please sign and date this Jury Verdict Form and advise the court officer that you have reached a verdict.*

9. State the amount of punitive damages, if any, that you award to Frank Salvucci, Sr. against Orlando Rodriguez.

    $ _____
    Amount in numbers

    _____
    Amount in words

When you have completed this Jury Verdict Form in accordance with the directions set forth above, sign and date the form and notify the court security officer that you have reached a verdict.

I HEREBY CERTIFY THAT EACH OF THE QUESTIONS ANSWERED ABOVE WAS ANSWERED BY ALL OF THE JURORS.

Date: 4-17-08                    _Donna J Watson_
                                 Foreperson of the Jury