UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Frank Salvucci, Sr.,
    Plaintiff,

v.                                                        C. A. No. 04-12351-JGD

Keith Parent and
Orlando Rodriguez
    Defendants.

## JUDGMENT IN A CIVIL CASE

Based upon the jury's answers to special questions, judgment is hereby entered for the defendants Keith Parent and Orlando Rodriguez.

SARAH THORNTON
CLERK

*/s/ Thomas F. Quinn Jr.*
(By) Deputy Clerk
Thomas F. Quinn Jr.

APPROVED: *Judith Gail Dein*
U/S. MAGISTRATE JUDGE

Date: April 22, 2008