# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-12351REK

**FRANK SALVUCCI, SR, and**
**FRANK SALVUCCI, JR.**
    **Plaintiffs,**

v.

**TOWN OF WATERTOWN POLICE DEPARTMENT,**
**EDWARD DEVEAU, Individually and as Chief of Police,**
**OFFICER KEITH PARENT, OFFICER ORLANDO RODRIGUEZ,**
**SGT. JOSEPH DEIGNAN, SGT. WILLIAM**
**LOGUE, SGT. HOISETH, OFFICER LETTNER**
**and OFFICER DONAHUE,**
    **Defendants.**

## AFFIDAVIT OF TARA L. KELLY

I, Tara L. Kelly, do hereby swear and depose the following:

1. I am the Office Manager for the law office of Louison, Costello, Condon & Pfaff, LLP.

2. My duties include but are not limited to the payment to vendors for services rendered during the course of litigation.

3. For this case, vendor services which the firm has paid directly total $417.10 and include the following:

   a. Merrill Communications, LLC- file documents from Donavan Hatem- $75.76.
   b. Copy Cop- copies of police reports- $98.01.
   c. Travel to Watertown to meet with clients on 1/5/06- $11.13.
   d. Frank J. Dunn Associates- copies of booking video- $64.00.
   e. Travel to Natick for depositions on 1/19/06- $17.80.
   f. Travel to Watertown for settlement hearing on 5/8/07- $8.90.
   g. Travel to Watertown for meeting on 4/9/08- $26.50.
   h. Constable Robert J. Messina- service of summons on Tina Soares- $115.00.

4. In addition, my duties include forwarding to the insurance company adjuster vendor bills

5. In the instant action, I have forwarded the following bills totaling $3,877.55 to Daniel S. Morrison, Esq., Massamount Insurance Agency, P.O. Box 130, Hingham, MA 02043

   a. Gouguen, McLaughlin, Richards and Mahaney, LLP- tapes and transcripts- $1,250.75.
   b. G&M Court Reporters- transcript of depositions of Orlando Rodrigues and Keith Parent taken on 1/19/06- $655.00.
   c. G&M Court Reporters- transcript of deposition of William Logue taken on 2/6/06- $317.00.
   d. Dunn & Goudreau Court Reporting Service- transcript of deposition of Frank Salvucci taken on 3/20/06- $150.00.
   e. G&M Court Reporters- transcript of deposition of Edward Deveau taken on 3/21/06- $376.50.
   f. Dunn & Goudreau Court Reporting Service- transcript of deposition of Frank Salvucci taken on 3/17/06- $514.40.
   g. G&M Court Reporters- transcript of deposition of Joseph Deignan taken on 4/10/06- $424.50.
   h. Dunn & Goudreau Court Reporting Service- transcript of deposition of Frank Salvucci, Jr. taken on 4/3/06- $189.40.

6. To date, these are all of the costs associated with the defendants in the above-referenced case since Louison, Costello, Condon & Pfaff, LLP was retained by Massamont Insurance Agency, Inc. to represent the insured's defendants, Town of Watertown, Chief Edward Deveau, Officer Keith Parent, Officer Orlando Rodriguez, Sgt. Joseph Deignan, Sgt. William Logue, Sgt. Hoiseth, Officer Lettner and Officer Donahue on or about July 13, 2006.

   Signed under the pains and penalties of perjury this 12th day of May, 2008.

                                        /s/ Tara L. Kelly
                                        Tara L. Kelly