UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2008 MAY 21  P 12: 16

U.S. DISTRICT
DISTRICT OF

FRANK SALVUCCI SR., AND
FRANK SALVUCCI JR.

V.                                                      CASE NO. 1:04-CV-12351

WATERTOWN POLICE DEPARTMENT,
EDWARD DEVEAU, INDIVIDUALLY AND AS
CHIEF OF POLICE OFFICER KEITH PARENT,
OFFICER DEIGNAN, SERGEANT WILLIAM
LOGUE, SERGEANT HOISETH, OFFICER
LEITNER, AND OFFICER DONOHUE, AND
AS TO EACH INDIVIDUALLY

### NOTICE OF APPEAL

Notice is hereby given that  Frank Salvucci Sr. and Frank Salvucci Jr.  above named, hereby appeals from the  Judgment  entered in the above entitled action on  22-Apr-08 .

By the Court,

[signature]

21-May-08
Date

~~Deputy Clerk~~

(NoticeofAppeal.wpd - 12/98)        [app., kdapp., kgapp., kcustapp.]