UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART F. GROSSMAN, CHAPTER 7 ) <br> TRUSTEE OF FRANK SALVUCCI. SR. ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> WATERTOWN POLICE DEPARTMENT, ) <br> et al ) <br>     Defendants, ) | CIVIL ACTION <br> NO. 04-12351-JGD |

## OPPOSITION TO MOTION FOR COSTS FILED ON BEHALF OF FRANK SALVUCCI, SR.

Following a jury verdict in its favor, The Defendant, Town of Watertown, has moved for imposition of costs pursuant to Fed.R.Civ.P. 54(d) against "the plaintiffs, Frank Salvucci, Sr. and Frank Salvucci, Jr." This Opposition is filed solely on behalf of Frank Salvucci, Sr.

The Defendant's motion for costs must be denied as to Frank Salvucci, Sr. because he was not the actual plaintiff in this matter at the time of judgment. Mr. Salvucci, Sr. filed for bankruptcy during the course of the litigation, and the named plaintiff at the time of the jury verdict was the Chapter 7 Bankruptcy Trustee, Stewart F. Grossman. Accordingly, there is no basis for any claim for costs against Frank Salvucci, Sr., nor is there any basis for the Defendant to obtain costs from the Bankruptcy Trustee, who has since abandoned the claim and is without assets to pay any such claim.[1]

---

[1] The Chapter 7 Bankruptcy Trustee filed a Notice of Abandonment of the claim of Frank Salvucci, Sr. in the United States Bankruptcy Court, Chapter 7 Case No. 05-19518-JR, on April 23, 2008.

WHEREFORE, on behalf of Frank Salvucci, Sr., it is respectfully requested that the Defendant's motion for costs be denied.

        Respectfully submitted,
        The Plaintiff,
        By his Attorneys,

        */s/ Jeffrey M. Sankey*
        Jeffrey M. Sankey, BBO #551062
        DOLAN CONNLY, P.C.
        50 Redfield Street, Suite 202
        Boston, MA 02122
        (617) 265-3100
        jsankey@dolanconnly.com

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 27, 2008.

        */s/ Jeffrey M. Sankey*