UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
STEWART F. GROSSMAN, CHAPTER 7      )
TRUSTEE OF FRANK SALVUCCI. SR.      )
     Plaintiff                      )
                                    )
v.                                  )   CIVIL ACTION
                                    )   NO. 04-12351-JGD
WATERTOWN POLICE DEPARTMENT,        )
et al                               )
     Defendants,                    )
_____)

## MOTION FOR LEAVE OF COURT
## TO WITHDRAW AS COUNSEL

The undersigned counsel moves for leave of court to withdraw as counsel for the Plaintiff in the above referenced matter.

As grounds for said Motion, counsel states that he was retained by the Plaintiff, Stewart F. Grossman, as Chapter 7 Trustee for Frank Salvucci, Sr., in this matter, and that said retention was approved by the Bankruptcy Court. The terms of counsel's representation, as approved by the Bankruptcy Court, were limited to trial only and specifically excluded representation in any appeal. After a jury verdict in favor of the Defendants, the Chapter 7 Trustee filed a Notice of Abandonment of the claims of Frank Salvucci, Sr. in the United States Bankruptcy Court, Docket No. 05-19518-JR, stating that "the Trustee believes that the Claims are of inconsequential value and benefit to the estate." Specifically, the Trustee did not further employ counsel to file an appeal.

On May 23, 2008, counsel received notice that Frank Salvucci, Sr. and Frank Salvucci, Jr. had filed a Notice of Appeal, *pro se*, in this matter. Counsel has not represented either filer individually and does not represent either party in an appeal.

WHEREFORE, the undersigned counsel requests that his Motion to Withdraw be allowed as to counsel and the firm of Dolan Connly, P.C.

> The Plaintiff,
>
> By his Attorneys,
>
> */s/ Jeffrey M. Sankey*_____
> Jeffrey M. Sankey, BBO #551062
> DOLAN CONNLY, P.C.
> 50 Redfield Street, Suite 202
> Boston, MA 02122
> (617) 265-3100
> jsankey@dolanconnly.com

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, including Frank Salvucci, Sr., by first class mail, on May 27, 2008.

> */s/ Jeffrey M. Sankey*_____