APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12351-JGD
## Internal Use Only

Salvucci et al v. Watertown Police Department
Assigned to: Magistrate Judge Judith G. Dein
Cause: 42:1983 Civil Rights Act

Date Filed: 11/04/2004
Date Terminated: 04/22/2008
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Frank Salvucci, Sr.**     represented by **Frank Salvucci, Sr.**
29 Puritan Road
Watertown, MA 02472
PRO SE

**Theodore H. Goguen, Jr.**
Goguen, McLaughlin, Richards &
Mahaney, LLP
2 Pleasant Street
South Natick, MA 01760
508-651-1000
Email: tgoguen@gmrmlaw.com
*TERMINATED: 08/01/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Salvucci, Jr.**     represented by **Frank Salvucci, Jr.**
8 Falmouth Road
Watertown, MA 02472
PRO SE

**Theodore H. Goguen, Jr.**
(See above for address)
*TERMINATED: 08/01/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

CM/ECF - USDC Massachusetts Version 3.1.1 as of 1/3/08
Case 4:04-cv-12351-JGD Document 65-2 Filed 06/03/2008 Page 2 of 17
2 of 17
5/30/2008 9:59 AM

| | | |
|---|---|---|
| **Chapter 7 Trustee Stewart F. Grossman** | represented by | **Gregory A Connly**<br>Dolan, Connly & Flaherty, PC<br>50 Redfield Street<br>Suite 202<br>Boston, MA 02122<br>617-265-3100<br>Fax: 617-265-3101<br>Email: gconnly@dolanconnly.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey M Sankey**<br>Law Office of Jeffrey M. Sankey<br>101 N. Main Street<br>P.O. Box 1032<br>Mansfield, MA 02048<br>508-339-9421<br>Fax: 508-339-5240<br>Email: jsankey@dolanconnly.com<br>*TERMINATED: 05/29/2008*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Theodore H. Goguen, Jr.**<br>(See above for address)<br>*TERMINATED: 04/14/2008*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Watertown Police Department, The** | represented by | **David M. Thomas**<br>Donovan Hatem, LLP<br>Two Seaport Lane<br>8th Floor<br>Boston, MA 02210<br>617-406-4500<br>Fax: 617-406-4501<br>Email: dthomas@donovanhatem.com<br>*TERMINATED: 03/02/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Douglas I. Louison**<br>Louison, Costello, Condon & Pfaff, LLP |

67 Batterymarch Street
Third floor
Boston, MA 02110
617-439-0305
Fax: 617-439-0325
Email: dlouison@lccplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica L. Mooney**
Hinshaw & Culbertson LLP
One International Place
3rd Floor
Boston, MA 02110
617-213-7035
Fax: 617-213-7001
*TERMINATED: 03/02/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina M. Ryan**
Louison, Costello, Condon & Pfaff, LLP
67 Batterymarch Street
Third floor
Boston, MA 02110
617-439-0305
Fax: 617-439-0325
Email: rryan@lccplaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Police Chief Edward Deveau**
*individually, and as Chief of Police*

represented by **David M. Thomas**
(See above for address)
*TERMINATED: 03/02/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas I. Louison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica L. Mooney**
(See above for address)
*TERMINATED: 03/02/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  | Regina M. Ryan<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Defendant** |  |  |
| **Keith Parent** | represented by | **David M. Thomas**<br>(See above for address)<br>*TERMINATED: 03/02/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Douglas I. Louison**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Jessica L. Mooney**<br>(See above for address)<br>*TERMINATED: 03/02/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Regina M. Ryan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Orlando Rodriquez** | represented by | **David M. Thomas**<br>(See above for address)<br>*TERMINATED: 03/02/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Douglas I. Louison**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Jessica L. Mooney**<br>(See above for address)<br>*TERMINATED: 03/02/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Regina M. Ryan**<br>(See above for address) |

Case 1:04-cv-12351-JGD   Document 65-2   Filed 06/03/2008   Page 5 of 17

*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Deignan**                              represented by   **David M. Thomas**
(See above for address)
*TERMINATED: 03/02/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas I. Louison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica L. Mooney**
(See above for address)
*TERMINATED: 03/02/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina M. Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Logue**                               represented by   **David M. Thomas**
(See above for address)
*TERMINATED: 03/02/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas I. Louison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica L. Mooney**
(See above for address)
*TERMINATED: 03/02/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina M. Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sergeant Hoiseth** represented by **David M. Thomas**
(See above for address)
*TERMINATED: 03/02/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas I. Louison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica L. Mooney**
(See above for address)
*TERMINATED: 03/02/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina M. Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Leitner** represented by **David M. Thomas**
(See above for address)
*TERMINATED: 03/02/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas I. Louison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica L. Mooney**
(See above for address)
*TERMINATED: 03/02/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina M. Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Donohue** represented by **David M. Thomas**
(See above for address)
*TERMINATED: 03/02/2005*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas I. Louison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica L. Mooney**
(See above for address)
*TERMINATED: 03/02/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina M. Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ADR Panel member**
*TERMINATED: 03/08/2007*

**Mediator**

**Dennis J. Calcagno**
*TERMINATED: 05/30/2006*

**Mediator**

**Kenneth P. Neiman**
*TERMINATED: 03/08/2007*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2004 | 1 | COMPLAINT against Joseph Deignan, Edward Deveau, Officer Donohue, Sergeant Hoiseth, Officer Leitner, William Logue, Keith Parent, Orlando Rodriquez, Watertown Police Department, The Filing fee: $ 150, receipt number 59868, filed by Frank Salvucci Sr., Frank Salvucci Jr.. (Attachments: # 1 Civil Cover Sheet # 2 Category Sheet)(Folan, Karen) (Entered: 11/10/2004) |
| 11/04/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Folan, Karen) (Entered: 11/10/2004) |
| 11/04/2004 |  | Summons Issued as to Joseph Deignan, Edward Deveau, Officer Donohue, Sergeant Hoiseth, Officer Leitner, William Logue, Keith Parent, Orlando Rodriquez, Watertown Police Department, The. (Folan, Karen) (Entered: 11/10/2004) |

| | | |
|---|---|---|
| 12/02/2004 | 2 | Judge Robert E. Keeton : ORDER entered ORDER OF RECUSAL.(Folan, Karen) (Entered: 12/02/2004) |
| 12/02/2004 | 4 | SUMMONS Returned Executed Watertown Police Department, The served on 11/23/2004, answer due 12/13/2004. (Folan, Karen) (Entered: 12/13/2004) |
| 12/07/2004 | 3 | Notice of Reassignment. Judge Mark L. Wolf added. Judge Robert E. Keeton no longer assigned to case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Folan, Karen) (Entered: 12/07/2004) |
| 01/12/2005 | 5 | ANSWER to Complaint with Jury Demand by Joseph Deignan, William Logue, Sergeant Hoiseth, Officer Leitner, Officer Donohue, Watertown Police Department, The, Edward Deveau, Keith Parent, Orlando Rodriquez.(Folan, Karen) (Entered: 01/21/2005) |
| 02/28/2005 | 6 | NOTICE of Appearance by Douglas I. Louison on behalf of all defendants (Louison, Douglas) Additional attachment(s) added on 3/1/2005 (Boyce, Kathy). (Entered: 02/28/2005) |
| 02/28/2005 | 7 | NOTICE of Appearance by Regina M. Ryan on behalf of all defendants (Ryan, Regina) Additional attachment(s) added on 3/1/2005 (Boyce, Kathy). (Entered: 02/28/2005) |
| 03/01/2005 | | Notice of correction to docket made by Court staff. Correction: Document Nos. 6 and 7, Notices of Appearance modified to correct the judge initials in the caption of both documents, previously submitted as the initials of Judge Keeton after docket number (Boyce, Kathy) (Entered: 03/01/2005) |
| 03/02/2005 | 8 | MOTION to Withdraw as Attorney by Joseph Deignan, William Logue, Sergeant Hoiseth, Officer Leitner, Officer Donohue, Edward Deveau, Keith Parent, Orlando Rodriquez.(Mooney, Jessica) (Entered: 03/02/2005) |
| 03/02/2005 | 9 | MOTION to Withdraw as Attorney by Watertown Police Department, The.(Mooney, Jessica) (Entered: 03/02/2005) |
| 03/02/2005 | 10 | NOTICE of Withdrawal of Appearance Attorney Jessica L. Mooney and David M. Thomas terminated. (Mooney, Jessica) (Entered: 03/02/2005) |
| 03/08/2005 | 11 | Judge Mark L. Wolf : ORDER entered. The parties are being ordered to inform the court by March 25, 2005 whether they consent to a transfer of this case to the Magistrate Judge assigned to this case for all purposes. (Attachments: # 1)(O'Leary, Dennis) (Entered: 03/08/2005) |
| 03/10/2005 | | Motions terminated: 9 MOTION to Withdraw as Attorney filed by Watertown Police Department, The,, 8 MOTION to Withdraw as Attorney filed by Joseph Deignan,, Edward Deveau,, Keith Parent,, Orlando Rodriquez,, William Logue,, Sergeant Hoiseth,, Officer Leitner,, Officer Donohue. Motions terminated as they are repetitive e-filings and Document No. 10, also a duplicate e-filing, is a Notice of Withdrawal (Boyce, Kathy) (Entered: 03/10/2005) |

| | | |
|---|---|---|
| 03/10/2005 | | Notice of correction to docket made by Court staff. Correction: Document Nos. 8 and 9, Notices of Withdrawal modified as they were incorrectly filed as motions and are repeat e-filings. Document No. 10 is a duplicate of Nos. 8 and 9 and is a Notice of Withdrawal. (Boyce, Kathy) (Entered: 03/10/2005) |
| 04/19/2005 | 12 | Judge Mark L. Wolf : ORDER entered. ORDER entered: Case reassigned to Magistrate Judge Judith G. Dein. for all purposes, including trial and entry of final judgment. Judge Mark L. Wolf no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing.(O'Leary, Dennis) (Entered: 04/19/2005) |
| 04/19/2005 | | CONSENT to Jurisdiction by US Magistrate Judge.. (Smith3, Dianne) Modified on 11/30/2005 (Smith3, Dianne). (Entered: 11/30/2005) |
| 04/26/2005 | 13 | NOTICE of Scheduling Conference: Scheduling Conference set for 5/16/2005 10:30 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 04/26/2005) |
| 05/12/2005 | 14 | JOINT STATEMENT of counsel. (Ryan, Regina) (Entered: 05/12/2005) |
| 05/12/2005 | 15 | CERTIFICATION pursuant to Local Rule 16.1 by Edward Deveau.(Ryan, Regina) (Entered: 05/12/2005) |
| 05/16/2005 | 16 | Judge Judith G. Dein : ORDER entered. SCHEDULING ORDER: Status Conference set for 12/7/2005 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein.(Dambrosio, Jolyne) (Entered: 05/16/2005) |
| 05/19/2005 | 17 | CERTIFICATION pursuant to Local Rule 16.1 by William Logue.(Ryan, Regina) (Entered: 05/19/2005) |
| 05/19/2005 | 18 | CERTIFICATION pursuant to Local Rule 16.1 by Watertown Police Department, The.(Ryan, Regina) (Entered: 05/19/2005) |
| 12/07/2005 | | Clerk's Notes for proceedings held before Judge Judith G. Dein : Status Conference held on 12/7/2005.; Counsel report crrent case status and seek to modify deadlines; Depositions to be completed by 3/15/06 and Dispositive motions due 5/15/06; Next status conference is set for 3/8/06 @ 3:00pm. (Court Reporter DR.) (Quinn, Thomas) (Entered: 12/07/2005) |
| 12/07/2005 | 19 | Judge Judith G. Dein : ORDER entered. SCHEDULING ORDER: Status Conference set for 3/8/2006 03:00 PM in Courtroom 15 before Magistrate Judge Judith G. Dein.(Dambrosio, Jolyne) (Entered: 12/07/2005) |
| 03/08/2006 | 20 | Judge Judith G. Dein : ORDER entered. SCHEDULING ORDER: Discovery to be completed by 4/7/2006. Motions due by 5/15/2006.(Dambrosio, Jolyne) (Entered: 03/08/2006) |
| 03/08/2006 | 21 | ORDER REFERRING CASE to Alternative Dispute Resolution.(Dambrosio, Jolyne) (Entered: 03/08/2006) |
| 03/08/2006 | | Clerk's Notes for proceedings held before Judge Judith G. Dein : Status Conference held on 3/8/2006. Attorneys Papas and Ryan report current case |

| | | |
|---|---|---|
| | | status and seek ADR and to modify discovery schedule; USMJ Dein will issue order and send case for ADR. (Court Reporter DR.) (Quinn, Thomas) (Entered: 03/10/2006) |
| 03/09/2006 | | ELECTRONIC NOTICE of assignment to ADR Provider. Panel Member Dennis J. Calcagno appointed mediator. Court will schedule a date in April if possible.(Franklin, Yvonne) (Entered: 03/09/2006) |
| 03/21/2006 | | ELECTRONIC NOTICE of ADR Conference. Alternative Dispute Resolution Hearing with principals present set for 4/18/2006 at 9:30 AM before ADR Panel member Dennis Calcagno. The mediation will be held at NorthEast Mediation & Arbitration, Inc., 21 McGrath Highway, Suite 501, Quincy, MA 02169. Confidential mediation memoranda should be mailed directly to Mr. Calcagno at the above address at least five (5) business days prior to the mediation. (Franklin, Yvonne) (Entered: 03/21/2006) |
| 05/15/2006 | 22 | MOTION for Summary Judgment *Defendants'* by Joseph Deignan, William Logue, Sergeant Hoiseth, Officer Leitner, Officer Donohue, Watertown Police Department, The, Edward Deveau, Keith Parent, Orlando Rodriquez.(Ryan, Regina) (Entered: 05/15/2006) |
| 05/15/2006 | 23 | MEMORANDUM in Support re 22 MOTION for Summary Judgment *Defendants'* filed by Joseph Deignan, William Logue, Sergeant Hoiseth, Officer Leitner, Officer Donohue, Watertown Police Department, The, Edward Deveau, Keith Parent, Orlando Rodriquez. (Ryan, Regina) (Entered: 05/15/2006) |
| 05/15/2006 | 24 | Statement of Material Facts L.R. 56.1 re 22 MOTION for Summary Judgment *Defendants'* filed by Joseph Deignan, William Logue, Sergeant Hoiseth, Officer Leitner, Officer Donohue, Watertown Police Department, The, Edward Deveau, Keith Parent, Orlando Rodriquez. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(Ryan, Regina) (Entered: 05/15/2006) |
| 05/19/2006 | 25 | MOTION for Extension of Time to Monday June 19, 2006 to Respond to Defendants' Motion for Summary Judgement by Frank Salvucci, Sr, Frank Salvucci, Jr.(Goguen, Theodore) (Entered: 05/19/2006) |
| 05/22/2006 | | Judge Judith G. Dein : Electronic ORDER entered granting 25 Plaintiffs' Unopposed Motion for Extension of Time to 6/19/06 to Respond to Defendants' Motion for Summary Judgement. (Dambrosio, Jolyne) (Entered: 05/22/2006) |
| 05/30/2006 | 26 | REPORT of Alternative Dispute Resolution Provider. (Tyler, Rebecca) (Entered: 05/30/2006) |
| 06/19/2006 | 27 | Opposition re 22 Defendants' MOTION for Summary Judgment filed by Plaintiffs. (Dambrosio, Jolyne) (Entered: 06/27/2006) |
| 06/19/2006 | 28 | MEMORANDUM in Opposition re 22 Defendants' MOTION for Summary Judgment filed by Plaintiffs. (Dambrosio, Jolyne) Modified on 6/27/2006 to change date of filing. (Dambrosio, Jolyne). (Entered: 06/27/2006) |

| 06/30/2006 | | ELECTRONIC NOTICE of Hearing on 22 Defendants' MOTION for Summary Judgment : Motion Hearing set for 8/1/2006 11:30 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 06/30/2006) |
|---|---|---|
| 07/17/2006 | | ELECTRONIC NOTICE Resetting Hearing (TIME ONLY) on 22 Defendants' MOTION for Summary Judgment: Motion will be heard at 4:00 PM on 8/1/2006 in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 07/17/2006) |
| 08/01/2006 | | Clerk's Notes for proceedings held before Judge Judith G. Dein : Motion Hearing held on 8/1/2006 re 22 MOTION for Summary Judgment *Defendants'* filed by Watertown Police Department, The,, Joseph Deignan., Edward Deveau,, Keith Parent., Orlando Rodriquez,, William Logue,, Sergeant Hoiseth., Officer Leitner., Officer Donohue,. USMJ Dein hears arguments from Attorneys Ryan and Goguen and takes the matter under advisement. (Court Reporter DR.) (Quinn, Thomas) (Entered: 08/02/2006) |
| 10/31/2006 | 29 | Judge Judith G. Dein : MEMORANDUM OF DECISION AND ORDER entered granting in part and denying in part 22 Defendants' Motion for Summary Judgment. (Dambrosio, Jolyne) (Entered: 10/31/2006) |
| 11/30/2006 | | ELECTRONIC NOTICE of Hearing : Status Conference set for 12/21/2006 03:00 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. The parties shall be prepared to address scheduling for the remainder of the case through trial. (Dambrosio, Jolyne) (Entered: 11/30/2006) |
| 12/20/2006 | | ELECTRONIC NOTICE Resetting Hearing. The Status Conference presently scheduled for 12/21/06 has been rescheduled to 1/10/07 at 3:00 PM before Magistrate Judge Dein in Courtroom #15 on the 5th floor. (Dambrosio, Jolyne) (Entered: 12/20/2006) |
| 01/10/2007 | | Clerk's Notes for proceedings held before Judge Judith G. Dein : Interim Pretrial Conference held on 1/10/2007.; Counsel report current case status; Final pretrial conference is set for 3/12/07 @ 2:30pm and Trial is set for 3/19/07. (Court Reporter DR.) (Quinn, Thomas) (Entered: 01/10/2007) |
| 01/12/2007 | 30 | Judge Judith G. Dein : ORDER entered. ORDER SETTING CASE FOR TRIAL: Final Pretrial Conference set for 3/12/2007 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. Jury Trial set for 3/19/2007 09:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein.(Dambrosio, Jolyne) (Entered: 01/12/2007) |
| 02/01/2007 | 31 | ORDER REFERRING CASE to Alternative Dispute Resolution.(Dambrosio, Jolyne) (Entered: 02/01/2007) |
| 02/07/2007 | | ELECTRONIC NOTICE of assignment to ADR Provider. U. S. Magistrate Judge Kenneth P. Neiman appointed. The mediation will be held on February 23, 2007. The Court will contact counsel with further information. (Franklin, Yvonne) (Entered: 02/07/2007) |

| 02/07/2007 | 32 | Magistrate Judge Kenneth P. Neiman. ORDER with Respect to Mediation. ENTERED. cc:cl. Mediation set for 2/23/2007 at 10:00 AM in Courtroom 16 before Magistrate Judge Kenneth P. Neiman; confidential mediation memos shall be submitted to the court by no later than 2/20/07. See ORDER for details.(Healy, Bethaney) (Entered: 02/07/2007) |
|---|---|---|
| 02/23/2007 | | (Court only) Clerk's Notes for proceedings held before Judge Kenneth P. Neiman : Alternative Dispute Resolution Hearing held on 2/23/2007. (Healy, Bethaney) (Entered: 03/02/2007) |
| 02/28/2007 | | (Court only) ElectronicClerk's Notes for proceedings held before Judge Kenneth P. Neiman : Followup Alternative Dispute Resolution Hearing held on 2/28/2007. (Healy, Bethaney) (Entered: 03/02/2007) |
| 03/01/2007 | | (Court only) ElectronicClerk's Notes for proceedings held before Judge Kenneth P. Neiman : Followup Alternative Dispute Resolution Hearing held on 3/1/2007. (Healy, Bethaney) (Entered: 03/02/2007) |
| 03/05/2007 | 33 | REPORT of Alternative Dispute Resolution Provider (Magistrate Judge Kenneth P. Neiman). Progress was made- further conference on 3/6/07. (Healy, Bethaney) (Entered: 03/06/2007) |
| 03/06/2007 | 34 | Joint MOTION to Continue *Pre-Trial Hearing and Trial* by Frank Salvucci, Sr, Frank Salvucci, Jr.(Goguen, Theodore) (Entered: 03/06/2007) |
| 03/07/2007 | | Judge Judith G. Dein : Electronic ORDER entered granting 34 Joint Motion to Continue. Pretrial Conference reset for 4/24/2007 03:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein, at which time new trial dates will be set. (Dambrosio, Jolyne) (Entered: 03/07/2007) |
| 03/08/2007 | 35 | REPORT of Alternative Dispute Resolution Provider (Magistrate Judge Kenneth P. Neiman). Further efforts to settle this case are at this time, in my judgment, unlikely to be productive. This case should be restored to your trial list. (Healy, Bethaney) (Entered: 03/08/2007) |
| 03/29/2007 | 36 | Letter/request (non-motion) from Frank Salvucci. Re: Notification to Theodore Goguen Jr. (Lindsay, Maurice) (Entered: 03/29/2007) |
| 04/03/2007 | 37 | Letter/request (non-motion) from Theodore Goguen. (Dambrosio, Jolyne) (Entered: 04/03/2007) |
| 04/04/2007 | 38 | NOTICE of Withdrawal of Appearance by Theodore H. Goguen, Jr (Goguen, Theodore) (Entered: 04/04/2007) |
| 04/04/2007 | 39 | MOTION to Substitute Party by Stewart F. Grossman. (Attachments: # 1 Exhibit A)(Ruttenberg, Adam) (Entered: 04/04/2007) |
| 04/12/2007 | 40 | CERTIFICATE OF SERVICE by Stewart F. Grossman re 39 MOTION to Substitute Party. (Ruttenberg, Adam) (Entered: 04/12/2007) |
| 04/13/2007 | | ELECTRONIC NOTICE of Hearing on Motion: The Bankruptcy Trustee's 39 MOTION to Substitute will be heard at the pretrial conference on 4/24/2007 03:30 PM in Courtroom 15 before Magistrate Judge Judith G. |

| | | |
|---|---|---|
| | | Dein. The Trustee shall provide notice of this hearing to the Salvuccis. (Dambrosio, Jolyne) (Entered: 04/13/2007) |
| 04/13/2007 | 41 | NOTICE by Stewart F. Grossman re 39 MOTION to Substitute Party *of Hearing and Certificate of Service* (Ruttenberg, Adam) (Entered: 04/13/2007) |
| 04/24/2007 | | ELECTRONIC NOTICE OF RESCHEDULING By joint request the Pretrial Conference/Motion hearing set for 4/24/07 has been reset for 5/10/2007 03:00 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 04/24/2007) |
| 05/10/2007 | | Clerk's Notes for proceedings held before Judge Judith G. Dein : Motion Hearing held on 5/10/2007 re 39 MOTION to Substitute Party filed by Stewart F. Grossman,. Attorneys Goguen, Ryan and Hoffman present. Frank Salvucci Sr was not present; USMJ Dein hears from counsel and allows motion; Court instructs deputy clerk Quinn to telephone Frank Salvucci Sr. to inquire if he intended to attend this hearing today; Deputy clerk Quinn called Frank Salvucci Sr. and left message. (Court Reporter DR.) (Quinn, Thomas) (Entered: 05/11/2007) |
| 05/10/2007 | | Judge Judith G. Dein : Electronic ORDER entered granting 39 Motion to Substitute Party. (Dambrosio, Jolyne) (Entered: 05/22/2007) |
| 05/17/2007 | 42 | NOTICE of Appearance by Theodore H. Goguen, Jr on behalf of Stewart F. Grossman, Frank Salvucci, Sr, Frank Salvucci, Jr (Goguen, Theodore) (Entered: 05/17/2007) |
| 06/29/2007 | | ELECTRONIC NOTICE of Hearing: Status Conference set for 7/11/2007 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. The parties should be prepared to discuss scheduling for the remainder of the case through trial. (Dambrosio, Jolyne) (Entered: 06/29/2007) |
| 07/12/2007 | 43 | Judge Judith G. Dein : ORDER entered. AMENDED ORDER SETTING CASE FOR TRIAL: Final Pretrial Conference set for 10/1/2007 02:45 PM, and Jury Trial set for 10/15/2007 09:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 07/12/2007) |
| 08/01/2007 | | (Court only) Attorney Theodore H. Goguen, Jr terminated. (Quinn, Thomas) (Entered: 08/01/2007) |
| 09/26/2007 | 44 | Assented to MOTION to Continue *Trial* by Stewart F. Grossman.(Goguen, Theodore) (Entered: 09/26/2007) |
| 09/27/2007 | | Judge Judith G. Dein : Electronic ORDER entered granting 44 Assented to Motion to Continue Trial. The Final Pre-Trial Conference scheduled for 10/1/07 is cancelled. Counsel shall file a joint report by 12/18/07 with proposed trial dates. (Dambrosio, Jolyne) (Entered: 09/27/2007) |
| 12/03/2007 | 45 | NOTICE of Withdrawal of Appearance by Theodore H. Goguen, Jr (Goguen, Theodore) (Entered: 12/03/2007) |

| | | |
|---|---|---|
| 12/06/2007 | 46 | Objection to 45 Notice of Withdrawal of Appearance by Stewart F. Grossman *with Certificate of Service*. (Ruttenberg, Adam) (Entered: 12/06/2007) |
| 12/11/2007 | | Judge Judith G. Dein : Electronic ORDER entered denying without prejudice 45 Motion to Withdraw. Status Conference to address status of counsel to be held on 12/14/07 at 2:00 P.M. in Courtroom #15 on the 5th Floor. Attorney Goguen shall notify his client of the date and time of the hearing. Other parties may attend, but are not required to do so. (Dambrosio, Jolyne) (Entered: 12/11/2007) |
| 12/14/2007 | 47 | NOTICE of Appearance by Jeffrey M Sankey on behalf of Stewart F. Grossman (Sankey, Jeffrey) (Entered: 12/14/2007) |
| 12/17/2007 | | ELECTRONIC NOTICE OF RESCHEDULING Status Conference set 12/14/07 has been reset for 12/27/2007 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 12/17/2007) |
| 12/27/2007 | | Clerk's Notes for proceedings held before Magistrate Judge Judith G. Dein: Status Conference held on 12/27/2007. Attorneys Sankey and Sullivan report current case status; Attorney Sankey is waiting approval from bankruptcy court and will file general appearance; Jury Trial is set for 4/14/08 and pretrial conference is set for 4/3/08 @ 2:30pm (Court Reporter: DR.) (Quinn, Thomas) (Entered: 12/28/2007) |
| 01/03/2008 | 48 | Magistrate Judge Judith G. Dein: ORDER SETTING CASE FOR TRIAL entered. Final Pretrial Conference set for 4/3/08 02:30 PM, and Jury Trial set for 4/14/08 09:00 AM in Courtroom 15.(Dambrosio, Jolyne) (Entered: 01/03/2008) |
| 01/08/2008 | 49 | NOTICE of Appearance by Jeffrey M Sankey on behalf of Stewart F. Grossman (Sankey, Jeffrey) (Entered: 01/08/2008) |
| 03/27/2008 | 50 | Proposed Voir Dire by Keith Parent, Orlando Rodriquez. (Ryan, Regina) (Entered: 03/27/2008) |
| 03/27/2008 | 51 | Proposed Jury Instructions by Keith Parent, Orlando Rodriquez. (Ryan, Regina) (Entered: 03/27/2008) |
| 03/27/2008 | 52 | Proposed Jury Verdict by Keith Parent, Orlando Rodriquez. (Ryan, Regina) (Entered: 03/27/2008) |
| 03/31/2008 | 53 | TRIAL BRIEF by Stewart F. Grossman. (Sankey, Jeffrey) (Entered: 03/31/2008) |
| 03/31/2008 | 54 | PRETRIAL MEMORANDUM by Stewart F. Grossman. (Sankey, Jeffrey) (Entered: 03/31/2008) |
| 04/03/2008 | | Clerk's Notes for proceedings held before Magistrate Judge Judith G. Dein: Final Pretrial Conference held on 4/3/2008. Attorneys Sankay, Louison and Ryan present; USMJ Dein reviews procedures for trial and outstanding issues. (Court Reporter: DR.) (Quinn, Thomas) (Entered: 04/04/2008) |

| | | |
|---|---|---|
| 04/08/2008 | 55 | Supplemental Proposed Jury Instructions by Joseph Deignan, William Logue, Sergeant Hoiseth, Officer Leitner, Officer Donohue, Watertown Police Department, The, Edward Deveau, Keith Parent, Orlando Rodriquez. (Ryan, Regina) (Entered: 04/08/2008) |
| 04/09/2008 | 56 | PRETRIAL MEMORANDUM by Joseph Deignan, William Logue, Sergeant Hoiseth, Officer Leitner, Officer Donohue, Watertown Police Department, The, Edward Deveau, Keith Parent, Orlando Rodriquez. (Ryan, Regina) (Entered: 04/09/2008) |
| 04/10/2008 | 57 | MOTION in Limine *to Preclude Release of any Personal Information Relating to the witness Francis Dumornay* by Keith Parent, Orlando Rodriquez.(Ryan, Regina) (Entered: 04/10/2008) |
| 04/14/2008 | | (Court only) Attorney Gregory A Connly for Stewart F. Grossman added. Attorney Theodore H. Goguen, Jr terminated. (Quinn, Thomas) (Entered: 04/22/2008) |
| 04/15/2008 | | Magistrate Judge Judith G. Dein: Electronic ORDER entered granting by agreement 57 Defendants' Motion in Limine. (Dambrosio, Jolyne) (Entered: 04/15/2008) |
| 04/15/2008 | | Clerk's Notes for proceedings held before Magistrate Judge Judith G. Dein: Jury Trial Day 2 held on 4/15/2008. Attorneys Connly, Sankey and Louison; openings by Attorney Connly and Louison; Plaintiff's case in chief begins; plaintiff calls witness #1(Salvucci, Frank) direct exam by Attorney Sankey; cross exam by Attorney Louison; plaintiff calls witness #2(Parent,Keith) direct exam by Attorney Sankey, cross exam by Attorney Louison, redirect by Attorney Sankey, exhibits 1-8 admitted; Court recesses for the day and the jury is instructed to return on 4/16/08 @ 9:00am. (Court Reporter: Hancock.) (Quinn, Thomas) (Entered: 04/22/2008) |
| 04/16/2008 | 58 | MOTION for Judgment as a Matter of Law by Keith Parent, Orlando Rodriquez.(Dambrosio, Jolyne) (Entered: 04/16/2008) |
| 04/16/2008 | | Magistrate Judge Judith G. Dein: Electronic ORDER entered denying 58 Defendants' Motion for Judgment as a Matter of Law for the reasons stated in open court. (Dambrosio, Jolyne) (Entered: 04/16/2008) |
| 04/16/2008 | | Clerk's Notes for proceedings held before Magistrate Judge Judith G. Dein: Jury Trial Day 3 held on 4/16/2008. Attorneys Connly, Sankey and Louison; Jury Charge Conference held; plaintiff's evidence continues, calls witness #3(Rodriguez, Orlando) direct exam, cross exam; plaintiff calls witness #4(Deignan, Joseph) direct exam by Attorney Connly; cross exam by Attorney Louison; redirect by Attorney Connly, video tape played; exhibits 9-13 admitted; plaintiff rests his case; at sidebar defendants move under Rule 50(a); Defendants case in chief begins and calls witness #5(Dumornay,Francis) direct exam by Attorney Louison; cross exam by Attorney Connly; defendants call witness #6(Soares,Tina) direct exam by Attorney Louison; cross exam by Attorney Sankey; defendants rest; Jury is excused for today and instructed to return on 4/17/08 @ 9:00am.; USMJ |

| | | |
|---|---|---|
| | | Dein hears arguments on defendants Rule 50(a) motion and denied motion; Court recesses for today. (Court Reporter: Hancock.) (Quinn, Thomas) (Entered: 04/22/2008) |
| 04/17/2008 | | Clerk's Notes for proceedings held before Magistrate Judge Judith G. Dein: Jury Trial held on 4/17/2008. Attorneys Sankey, Connly for the plaintiff and Attorney Louison for the defendants; pretrial conference held before jury pool arrives; jury pool arrives empanelment begins, voir dire held; 9 jurors seated and sworn; USMJ Dein gives preliminary instructions to jury; Court recesses for today and the jury is instructed to return on 4/15/08 @ 9:00am. (Court Reporter: Hancock.) (Quinn, Thomas) (Entered: 04/22/2008) |
| 04/17/2008 | | Clerk's Notes for proceedings held before Magistrate Judge Judith G. Dein: Jury Trial Day 4 completed on 4/17/2008. Attorneys Connly, Sankey and Louison; Closings by Attorney Louison and Connly: USMJ Dein charges the jury and the jury retires to deliberate; Jury returns with defendants verdict at 1:45pm.; USMJ Dein excused the jury from service. (Court Reporter: Hancock.) (Quinn, Thomas) (Entered: 04/22/2008) |
| 04/17/2008 | 59 | JURY VERDICT in favor of Defendants Keith Parent and Orlando Rodriguez. (Quinn, Thomas) (Entered: 04/22/2008) |
| 04/22/2008 | 60 | Magistrate Judge Judith G. Dein: ORDER entered. JUDGMENT (Quinn, Thomas) (Entered: 04/22/2008) |
| 05/12/2008 | 61 | MOTION for Costs by Joseph Deignan, William Logue, Sergeant Hoiseth, Officer Leitner, Officer Donohue, Watertown Police Department, The, Edward Deveau, Keith Parent, Orlando Rodriquez. (Attachments: # 1 Exhibit Exhibit A)(Ryan, Regina) (Entered: 05/12/2008) |
| 05/21/2008 | 62 | NOTICE OF APPEAL as to 60 Judgment by Frank Salvucci, Sr, Frank Salvucci, Jr. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/10/2008. (Dambrosio, Jolyne) (Entered: 05/23/2008) |
| 05/27/2008 | | Filing fee/payment: $ 455., receipt number 003762 for 62 Notice of Appeal. (Gawlik, Cathy) (Entered: 05/27/2008) |
| 05/27/2008 | 63 | Opposition re 61 MOTION for Costs *on behalf of Frank Salvucci, Sr. only* filed by Stewart F. Grossman. (Sankey, Jeffrey) (Entered: 05/27/2008) |
| 05/27/2008 | 64 | MOTION to Withdraw as Attorney by Stewart F. Grossman.(Sankey, Jeffrey) (Entered: 05/27/2008) |
| 05/29/2008 | | Magistrate Judge Judith G. Dein: Electronic ORDER entered granting 64 Motion to Withdraw as Attorney of Jeffrey M. Sankey. (Dambrosio, Jolyne) (Entered: 05/29/2008) |

| 05/29/2008 | | Magistrate Judge Judith G. Dein: Electronic ORDER entered regarding 61 Defendant's Motion for Costs. Defendant shall file a response addressing the issues raised by 63 the opposition within 14 days of the date of this order. In addition, the defendant shall identify which costs are attributable to the claims made by Frank Salvucci, Jr. (Dambrosio, Jolyne) (Entered: 05/29/2008) |
|---|---|---|