### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12351

Frank Salvucci, Sr., et al

v.

Watertown Police Department, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-64

No Sealed Documents

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/21/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 3, 2008.

Sarah A Thornton, Clerk of Court

By: _[signature]_
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/4/08.

_[signature]_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 08-1711

- 3/06