UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-12351REK

**FRANK SALVUCCI, SR, and**
**FRANK SALVUCCI, JR.**
    **Plaintiffs,**

v.

**TOWN OF WATERTOWN POLICE DEPARTMENT,**
**EDWARD DEVEAU, Individually and as Chief of Police,**
**OFFICER KEITH PARENT, OFFICER ORLANDO RODRIGUEZ,**
**SGT. JOSEPH DEIGNAN, SGT. WILLIAM**
**LOGUE, SGT. HOISETH, OFFICER LETTNER**
**and OFFICER DONAHUE,**
    **Defendants.**

### DEFENDANT, TOWN OF WATERTOWN'S MOTION FOR COSTS

Now comes the defendant, Town of Watertown and hereby moves this Honorable Court to allow it costs pursuant to Ruled 54(d). As grounds therefore, the defendant states that on April 17, 2008 a jury returned a verdict in favor of the defendant, Town of Watertown.

Rule 54(d)(1) provides in pertinent part, "except when express provision therefore is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs". Fed.R.Civ.P. 54(d)(1). The rule provides a presumption that the losing party will pay costs. The exercise of discretion authorized by Rule 54(d) is "intended to take care of a situation where, although a litigant was the successful party, it would be inequitable under all the circumstances in the case to put the burden of costs upon the losing party." Lichter Found., Inc. v. Welch, 269 F.2d 142, 146 (6th Cir.1959).

The plaintiffs, Frank Salvucci, Sr. and Frank Salvucci, Jr., as the losing party must bear the burden of costs. It would be inequitable to have the defendant Town of Watertown pay the costs associated with this matter after a jury ruled in its favor. The Defendant Town of Watertown has incurred notable costs in presenting this matter to the jury and pursuant to Rule 54 should be reimbursed by the plaintiff.

Defendant has enclosed an Affidavit of Louison, Costello, Condon & Pfaff office manager, Tara Kelly, with respect to costs.

WHEREFORE, defendant moves this Honorable Court to allow defendant Town of Watertown's Motion for Costs in the amount of $4,294.65. (See Exhibit A Affidavit of Tara Kelly).

Defendants, Officer Keith Parent and Officer Orlando Rodriguez,

By their Attorneys,

/s/ Regina M. Ryan
Douglas I. Louison   BBO# 545191
Regina M. Ryan BBO# 565246
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

**CERTIFICATE OF SERVICE**

  I, Regina M. Ryan, hereby certify that on the 13th day of June, 2008, I served the foregoing by causing a copy to be electronically directed to: Jeffrey Sankey, Esq., Dolan Connly, P.C., 50 Redfield Street, Suite 202, Boston, MA 02122 and by causing a copy to be mailed, postage prepaid, directed to *pro se* plaintiff, Frank Salvucci, Jr., Eight Falmouth Road, Watertown, MA 02472.

                /s/ Regina M. Ryan
                Regina M. Ryan