**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**CA NO. 04-12351REK**

**FRANK SALVUCCI, SR, and**
**FRANK SALVUCCI, JR.**
    **Plaintiffs,**

**v.**

**TOWN OF WATERTOWN POLICE DEPARTMENT,**
**EDWARD DEVEAU, Individually and as Chief of Police,**
**OFFICER KEITH PARENT, OFFICER ORLANDO RODRIGUEZ,**
**SGT. JOSEPH DEIGNAN, SGT. WILLIAM**
**LOGUE, SGT. HOISETH, OFFICER LETTNER**
**and OFFICER DONAHUE,**
    **Defendants.**

**DEFENDANTS RESPONSE TO PLAINTIFF'S OPPOSITION TO**
**MOTION FOR COSTS**

The plaintiff correctly raises in his Opposition to Motion for Costs that the appropriate

defendant for costs associated with the trial of this matter must be assessed against the Trustee in

Bankruptcy, Stewart F. Grossman.   Further, as this Court granted summary judgment in favor of

the remaining defendants for all claims brought by Frank Salvucci, Jr. and Frank Salvucci, Sr.,

prior to the Trustee in Bankruptcy being substituted as a party, the defendants seek costs against

both of them for costs incurred up to that point.  Accordingly, costs in the amount of $141.50

would be attributed to the Trustee in Bankruptcy and $4,153.15 to Frank Salvucci, Jr. and Frank

Salvucci, Sr.  Defendants Affidavit of Louison, Costello, Condon & Pfaff office manager, Tara

Kelly, reflects that these are the breakdown of the costs for the parties.

Accordingly, the defendants move this Honorable Court to assess costs in the amount of

$141.50 to the Trustee in Bankruptcy, Stewart F. Grossman and $4,153.15 to Frank Salvucci, Jr.

and Frank Salvucci, Sr.

Defendants, Officer Keith Parent and Officer Orlando Rodriguez,

By their Attorneys,

/s/ Regina M. Ryan
Douglas I. Louison   BBO# 545191
Regina M. Ryan BBO# 565246
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 16th day of June, 2008, I served the foregoing by causing a copy to be electronically directed to:  Jeffrey Sankey, Esq., Dolan Connly, P.C., 50 Redfield Street, Suite 202, Boston, MA 02122 and by causing a copy to be mailed, postage prepaid, directed to *pro se* plaintiff, Frank Salvucci, Jr., Eight Falmouth Road, Watertown, MA 02472.

/s/ Regina M. Ryan
Regina M. Ryan