Frank Salvucci (Sr.) & Frank Salvucci (Jr.)
8 Falmouth Road, Watertown, MA 02472

United States District Court, District of Massachusetts (Boston)

| | |
|---|---|
| Frank Salvucci(Sr.)/Frank Salvucci(Jr.), ) | Case No.: 1:04-cv-12351-JGD |
| Plaintiff, ) | Motion for Reconsideration |
| vs. ) | |
| Watertown Police Department, et al, ) | |
| Defendant ) | |

Now comes the presumed plaintiff's, Frank Salvucci (Sr.) and Frank Salvucci (Jr.), acting Pro Se with their response to the court's judgment for costs.
(NOTE: The actual Plaintiff in this case is Stuart Grossman, attorney for bankruptcy trustees who chose to pursue this case without the desire or authorization of the Salvucci family.)

This is a request for reconsideration of the recent judgment against the Salvuccis for the costs.

A detailed response to the "Motion for Costs" was carefully prepared and submitted in a timely manner to the court. The response was sent via certified mail on June 24, 2008, well within the specified response time. United States Postal Service records show that the letter was received and signed by the court's clerk on June 26 in what appears to be approximately forty-five minutes or less from the time that the court's decision was issued. Not only did the court err in its judgment, but the court was hasty in its decision making process by not allowing the benefit of a full-cycle response time to elapse. The Salvuccis are private citizens and do not have the same access as attorneys to the court's electronic filing and retrieval system. The Salvuccis received the "Motion for Cost" by regular mail on June 17, 2008, requiring a ten (10) day response time. The court erred in its judgment and reaction time.
The Salvuccis request that that whole matter be given reconsideration given that they were not given fair and equal consideration based on a careful review of their detailed response. Costs submitted by the defense are erroneous and untrue. The Salvuccis, once again, request the opportunity to dispute the validity of the costs.

Dated this 2nd day of July 2008

*Frank J. Salvucci Sr.*
*Frank J. Salvucci Jr.*
_____
Frank Salvucci Sr.
Frank Salvucci Jr.
8 Falmouth Road
Watertown, MA  02472