UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-12351REK

**FRANK SALVUCCI, SR, and
FRANK SALVUCCI, JR.**
  Plaintiffs,

v.

**TOWN OF WATERTOWN, EDWARD DEVEAU,**
Individually and as Chief of Police, **OFFICER KEITH
PARENT, OFFICER ORLANDO RODRIGUEZ,
SGT. JOSEPH DEIGNAN, SGT. WILLIAM
LOGUE, SGT. HOISETH, OFFICER LETTNER**
and **OFFICER DONAHUE.**
  Defendants.

**DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO COMPEL**

  The defendants in the captioned action request that this Court deny the plaintiffs' Motion for Consideration of Costs assessed in this matter. As grounds therefore, the defendants rely on Fed.R.Civ.P. 54(d)(1) that provides that costs shall be allowed to the prevailing party unless otherwise directed by the Court. It is undisputed by the plaintiffs, Frank Salvucci, Sr. and Frank Salvucci, Jr. in their Motion for Reconsideration that they were in fact the losing party in this matter. The Court properly divided the fees in this matter to the Trustee in Bankruptcy, Stuart Grossman, for the period of time that he was the plaintiff and then to the plaintiffs Frank Salvucci, Sr. and Frank Salvucci, Jr. for the time that they were and continue to be plaintiffs in this matter.

  The plaintiffs in their Opposition to Defendant's Motion for Costs argue that this case "moved on without their permission or control" and that "they did not want the case to proceed".

These assertions are false and are without merit. The Salvuccis are proceeding with an appeal of this matter *pro se* establishing that there is an interest in proceeding with this matter at their own direction. See Docket Entry No. 62 – Notice of Appeal by Frank Salvucci, Sr. and Frank Salvucci, Jr.

Accordingly, the defendants request that this Court deny the plaintiffs' Motion for Reconsideration of Costs.

Defendants,
By their attorneys,

/s/*Regina M. Ryan*
_____
Douglas I. Louison BBO# 545191
Regina M. Ryan BBO# 565246
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 25th day of July, 2008, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to *pro se* plaintiffs**:** Frank Salvucci, Sr., 29 Puritan Road, Watertown, MA 02472 and Frank Salvucci, Jr., Eight Falmouth Road, Watertown, MA 02472 and Jeffrey Sankey, Esq., c/o Dolan Connly, P.C., 50 Redfield Street, Boston, MA 02122.

/s/*Regina M. Ryan*
_____
Regina M. Ryan