Frank Salvucci (Sr.) & Frank Salvucci (Jr.)

8 Falmouth Road, Watertown, MA 02472

United States District Court, District of Massachusetts (Boston)



FILED
IN CLERKS OFFICE

2008 JUL 29 A 10: 48

U.S. DISTRICT COURT
OF MASS.

| | |
|---|---|
| Frank Salvucci(Sr.)/Frank Salvucci(Jr.), ) | Case No.: 1:04-cv-12351-JGD |
| ) | |
| Plaintiff, ) | Opposition to Defendant's Motion to Deny |
| ) | |
| vs. ) | |
| ) | |
| Watertown Police Department, et al, ) | |
| ) | |
| Defendant ) | |

Now comes the <u>presumed</u> plaintiff's, Frank Salvucci (Sr.) and Frank Salvucci (Jr.), acting Pro Se with their response to the court's judgment for costs.
(NOTE: The actual Plaintiff in this case is Stuart Grossman, attorney for bankruptcy trustees who chose to pursue this case without the desire or authorization of the Salvucci family.)

This is a second request for reconsideration of the recent judgment against the Salvuccis for costs and to reject the Defendants request for denial for reconsideration.

Once again, the Salvucci's maintain that the attorney's for the defendants have misrepresented the costs in this case. The Salvuccis are prepared to substantiate their claims that such misrepresentation has occurred. The Salvuccis hereby challenge the defendants to produce receipts and to legitimize all expenses as authentic. If at any time any of the expenses, to include even one previously submitted to the court, are found to be inaccurate, then there should be redress.

In addition, attorneys for the defendants are attempting to mislead the court in their assertion that the Salvucci's did not attempt to withdraw from proceeding. Attorneys for the defense are aware of numerous attempts by the Salvuccis, acting pro se, to communicate such notification. Attorneys for the defendants repeatedly refused to respond. Once again, such evidence of their knowledge will be provided to the court.

Given the opportunity, actual evidence to be presented by the Salvuccis will support all of their claims.

Opposition to Defendant's Motion to Deny - 1

Accordingly, the Salvuccis continue to request that the court reverse its decision for costs and also allow the Salvuccis the opportunity to present the facts to the court.

The Salvuccis are a small family that has been repeatedly victimized, physically, emotionally, and financially by the defendants. Current and ongoing activity by the defendants, post civil action, is witnessed and recognized, as yet another attempt to assault and disrupt the lives of an innocent family. Sooner better than later, the court should recognize the actual circumstances and its effect on a family versus individuals affiliated with a public service organization.

Dated this 2nd day of July 2008

*Frank J. Salvucci Sr.*
*Frank Salvucci Jr.*

Frank Salvucci Sr.
Frank Salvucci Jr.
8 Falmouth Road
Watertown, MA  02472