Frank J. Salvucci
8 Falmouth Road
Watertown, MA 02472
617-744-1660

August 27, 2008

Clerk's Office and Judith G. Dein, Magistrate Judge
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Subject: Motion to Impel Discovery

RE: Case No.: 1:04-cv-12351-JGD

Dear Magistrate Judge Dein:

We request that a court order in the form of a subpoena be issued to the court reporting service companies named in the defendant's list of expenses. The companies are identified as G&M Court Reporters, 42 Chauncy St. Suite 1A, Boston, MA 02111-2211 and Dunn & Goudreau Court Reporting, 1 State Street, Boston, MA 02109. The purpose of this request is to retrieve actual receipts and invoices for all expenses supposedly incurred by the defendants.

In addition, we request that a similar order be issued to Daniel S. Morrison, Esq., Massamount Insurance Agency, P.O. Box 130, Hingham, MA 02043, for the same reasons as described in the preceding paragraph.

If you have any questions or comments, please feel free to contact me at any time.

Sincerely,

Frank J. Salvucci

Copies of the same have been forwarded by mail or electronically transmitted to the following individual(s):

cc: D. Louison of Louison, Costello, Condon & Pfaff, LLP
    J. Sankey of Dolan Connly, PC
    Frank J. Salvucci Sr.